UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| NIKOLAS SHIPLEY, | : |
| Plaintiff, | : |
| v. | : No. 1:23-CV-00299-KAC-SKL |
| | : Jury Demand |
| CHATTANOOGA POLICE DEPARTMENT OFFICER DARNELL BRYANT, BADGE #395 CHATTANOOGA POLICE DEPARTMENT OFFICER SERRET, BADGE #845, CHATTANOOGA POLICE DEPARTMENT OFFICER BUCKLEY, BADGE #1126, and CITY OF CHATTANOOGA, TENNESSEE | : |
| Defendants. | : |

**EXHIBIT 6 TO DARNELL BRYANT'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**Ex. 6 – 2022.12.19 Clayton Holmes Axon Body Cam 3 Video X6039A416.mp4**

The above referenced exhibit will be filed manually with the Court.