UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| NIKOLAS SHIPLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:23-CV-299-KAC-MJD |
| ) | JURY DEMAND |
| CHATTANOOGA POLICE DEPARTMENT OFFICER ) | |
| DARNELL BRYANT, BADGE # 395, ) | |
| CHATTANOOGA POLICE DEPARTMENT OFFICER ) | |
| SERRET, BADGE # 845, ) | |
| CHATTANOOGA POLICE DEPARTMENT OFFICER ) | |
| BUCKLEY, BADGE # 1126, AND CITY OF ) | |
| CHATTANOOGA, TENNESSEE ) | |
| ) | |
| Defendants. ) | |
| ) | |

## EXHIBIT 2 TO NIKOLAS SHIPLEY'S MEMORANDUM IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Ex. 2—2022.12.19 Officer Buckley Body Cam AXON Body 3 -X6039A416.mp4

The above referenced exhibit will be filed manually with the Court.