# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| NIKOLAS SHIPLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHATTANOOGA POLICE DEPARTMENT OFFICER )<br>DARNELL BRYANT, BADGE # 395, )<br>CHATTANOOGA POLICE DEPARTMENT OFFICER )<br>SERRET, BADGE # 845, )<br>CHATTANOOGA POLICE DEPARTMENT OFFICER )<br>BUCKLEY, BADGE # 1126, AND CITY OF )<br>CHATTANOOGA, TENNESSEE )<br>)<br>Defendants. )<br>) | Case No: 1:23-CV-299-KAC-MJD<br>JURY DEMAND |

## EXHIBIT 3 TO NIKOLAS SHIPLEY'S MEMORANDUM IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Ex. 3—2022.12.18 Officer Serret Body Cam AXON Body 3 -X6039A416.mp4

The above referenced exhibit will be filed manually with the Court.

1