# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

NIKOLAS SHIPLEY, )
)
    *Plaintiff,* )
)
v. )    Case No: 1:23-CV-299-KAC-MJD
)     JURY DEMAND
CHATTANOOGA POLICE DEPARTMENT OFFICER )
DARNELL BRYANT, BADGE # 395, )
CHATTANOOGA POLICE DEPARTMENT OFFICER )
SERRET, BADGE # 845, )
CHATTANOOGA POLICE DEPARTMENT OFFICER )
BUCKLEY, BADGE # 1126, AND CITY OF )
CHATTANOOGA, TENNESSEE )
)
    *Defendants.* )
)

_____

## EXHIBIT 5 TO NIKOLAS SHIPLEY'S MEMORANDUM IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT

**Ex. 5—2022.12.19 Officer Body Cam AXON Body 3 -X6039A416.mp4**

The above referenced exhibit will be filed manually with the Court.

1