Exhibit 6

D. Bryant - 000005

# INCIDENT REPORT
Chattanooga Police Department
3410 Amnicola Hwy

☐ SEXUAL ASSAULT OFFENSE  INCIDENT LEVEL  ☐ MULTI AGENCY  ☐ JUVENILE

REPORT NUMBER: 22-136331
ORI# TN0330100
DATE FROM: 12/18/2022   TIME: 23:50
DATE TO: 12/18/2022     TIME: 23:51
REPORTED DATE: 12/19/2022   TIME: 01:06

## ADMIN
- LOCATION: 3535 Broad St Chattanooga,, TN 37409
- BRIEF DESCRIPTION OF INCIDENT: Drugs/Narcotics Violation/Felony - State of Tennessee
- OFFENSE TRACT: Adam 11
- DISPOSITION: CLEARED BY ARREST
- CASE STATUS: 2
- EXCEPTIONAL CLEARANCE CODE:
- EXC CLEAR DATE:
- INVESTIGATED BY OUTSIDE AGENCY:

## OFFENSE
- UCR CODE: 35A
- OFFENSE: 35A Drugs/Narcotics Violation/Felony
- DEPT CODE: 35A
- RELATED TO TCA#:
- COUNTS: 1
- F/M:
- BIAS MOTIVATION: 88
- PREMISE TYPE: 13
- TYPE OF RESIDENCE:
- OFFENSE STATUS: ☑ COMPLETED
- OFFENDER USED: ☐ ALCOHOL ☑ DRUGS ☐ COMPUTER
- CRIMINAL ACTIVITIES: 1. P
- DRUG RELATED: ☑

## VICTIM
- NAME: SOCIETY
- VICTIM TYPE: Society/Public

## SUSPECT
- NAME: Harris, Tiffany B
- ARRESTED?: ☑
- ADDRESS: 5406 Saint Elmo Ave Chattanooga,, TN 37409-2309
- CELL: None
- DOB: 9/▇/1994
- AGE: 28
- RACE: W
- SEX: F
- ETHNICITY: N
- SSN: ●●●●●●●●●●●●●
- EYE COLOR: BLUE
- HAIR COLOR: BROWN
- HEIGHT: 410
- WEIGHT: 108
- DLN: ●●●●●●●●●●●●●
- STATE: TN
- GANG NAME/AFFILIATION: None
- RELATED OFFENSES: 1. 35A

- REPORTING OFFICER: 79858  D. Bryant
- REVIEWING OFFICER: 70791  Buckner, Jeffrey
- REVIEW DATE: 12/19/2022

# PROPERTY/VEHICLE/DRUG
## Chattanooga Police Department

REPORT NUMBER: 22-136331
ORI# TN0330100

D. Bryant - 000006

## PROPERTY

| UCR CODE | IBR STATUS | STATUS | CLASS | PROPERTY DESCRIPTION |
|---|---|---|---|---|
| 35A | 6 | | 10 | Drug/Narcotic |

| MAKE | MODEL | SERIAL | COLOR | QTY | VALUE |
|---|---|---|---|---|---|
| Z | | | | 0.9 | $0.00 |

| RECOVERED VALUE | DATE RECOVERED | NCIC # | ENTERED BY | RELATED TO |
|---|---|---|---|---|
| | | | | |

| INSURANCE CARRIER | ADDRESS | PHONE | IF ARSON OCCURRED? |
|---|---|---|---|
| | | | ☐ |

## PROPERTY

| UCR CODE | IBR STATUS | STATUS | CLASS | PROPERTY DESCRIPTION |
|---|---|---|---|---|

| MAKE | MODEL | SERIAL | COLOR | QTY | VALUE |
|---|---|---|---|---|---|

| RECOVERED VALUE | DATE RECOVERED | NCIC # | ENTERED BY | RELATED TO |
|---|---|---|---|---|

| INSURANCE CARRIER | ADDRESS | PHONE | IF ARSON OCCURRED? |
|---|---|---|---|

## PROPERTY

| UCR CODE | IBR STATUS | STATUS | CLASS | PROPERTY DESCRIPTION |
|---|---|---|---|---|

| MAKE | MODEL | SERIAL | COLOR | QTY | VALUE |
|---|---|---|---|---|---|

| RECOVERED VALUE | DATE RECOVERED | NCIC # | ENTERED BY | RELATED TO |
|---|---|---|---|---|

| INSURANCE CARRIER | ADDRESS | PHONE | IF ARSON OCCURRED? |
|---|---|---|---|

## VEHICLE

| LICENSE PLATE | STATE | TYPE | MAKE | MODEL | VIN |
|---|---|---|---|---|---|

| YEAR | STYLE | COLOR | DESCRIPTION | STATUS | RECOVERED PARTS |
|---|---|---|---|---|---|

| RECOVERED DATE | NCIC CLEARANCE | RECOVERED LOCATION | RECOVERED BY | STORED AT |
|---|---|---|---|---|

| RELEASE DATE | RELEASED TO | RELEASED LOCATION | RELEASED BY | RELATED TO |
|---|---|---|---|---|

## VEHICLE

| LICENSE PLATE | STATE | TYPE | MAKE | MODEL | VIN |
|---|---|---|---|---|---|

| YEAR | STYLE | COLOR | DESCRIPTION | STATUS | RECOVERED PARTS |
|---|---|---|---|---|---|

| RECOVERED DATE | NCIC CLEARANCE | RECOVERED LOCATION | RECOVERED BY | STORED AT |
|---|---|---|---|---|

| RELEASE DATE | RELEASED TO | RELEASED LOCATION | RELEASED BY | RELATED TO |
|---|---|---|---|---|

## DRUG

| DRUG CODE | DESCRIPTION | STATUS | QTY | MEASURE | COLOR |
|---|---|---|---|---|---|
| Z | Methamphetamine | | 0.9 | GRAM | |

| LOCATION | # OF PLOTS | LATITUDE | LONGITUDE | # OF PLANTS |
|---|---|---|---|---|

☐ BUYING ☐ CULTIVATING ☐ DISTRIBUTING ☐ EXPLOITING CHILDREN ☑ OPERATING ☐ POSSESSING ☐ TRANSPORTING ☐ USING

## DRUG

| DRUG CODE | DESCRIPTION | STATUS | QTY | MEASURE | COLOR |
|---|---|---|---|---|---|

| LOCATION | # OF PLOTS | LATITUDE | LONGITUDE | # OF PLANTS |
|---|---|---|---|---|

☐ BUYING ☐ CULTIVATING ☐ DISTRIBUTING ☐ EXPLOITING CHILDREN ☐ OPERATING ☐ POSSESSING ☐ TRANSPORTING ☐ USING

## DRUG

| DRUG CODE | DESCRIPTION | STATUS | QTY | MEASURE | COLOR |
|---|---|---|---|---|---|

| LOCATION | # OF PLOTS | LATITUDE | LONGITUDE | # OF PLANTS |
|---|---|---|---|---|

☐ BUYING ☐ CULTIVATING ☐ DISTRIBUTING ☐ EXPLOITING CHILDREN ☐ OPERATING ☐ POSSESSING ☐ TRANSPORTING ☐ USING

## DRUG

| DRUG CODE | DESCRIPTION | STATUS | QTY | MEASURE | COLOR |
|---|---|---|---|---|---|

| LOCATION | # OF PLOTS | LATITUDE | LONGITUDE | # OF PLANTS |
|---|---|---|---|---|

☐ BUYING ☐ CULTIVATING ☐ DISTRIBUTING ☐ EXPLOITING CHILDREN ☐ OPERATING ☐ POSSESSING ☐ TRANSPORTING ☐ USING

# OFFENSES/OTHER PERSONS
**Chattanooga Police Department**

REPORT NUMBER: 22-136331
ORI# TN0330100

D. Bryant - 000007

## OFFENSE

| UCR CODE | OFFENSE | | | DEPT CODE | RELATED TO TCA# | COUNTS | F/M |
|---|---|---|---|---|---|---|---|
| BIAS MOTIVATION | PREMISE TYPE | TYPE OF RESIDENCE | OFFENSE STATUS ☐ COMPLETED | OFFENDER USED | ☐ ALCOHOL ☐ DRUGS ☐ COMPUTER | | |
| BURGLARY ONLY ☐ | FORCED ENTRY | HOSTAGE INVOLVED? ☐ | ALARM STATUS | NO OF PREMISES ENTERED | PONT OF ENTRY 1.  2.  3 | | |
| INSTRUMENT USED: 1.  2.  3 | | | CRIMINAL ACTIVITIES 1.  2.  3 | | EVIDENCE AT SCENE 1.  2.  3 | | |
| WEAPON/ FORCE INVOLVED: 1.  2.  3 | | | ACTS INVOLVED? 1.  2.  3 | | ☐ CARGO THEFT | ☐ DRUG RELATED | IDENTITY THEFT |

(OFFENSE block repeated 4 times — all fields blank)

## OTHERS

| | INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|---|
| | COMPLAINA | Officer, CPD | | 423-643-5000 |
| | | ADDRESS: 3410 Amnicola Hwy Chattanooga,, TN 37406 | | WORK PHONE |
| ☐ STATEMENT | | EMAIL | DOB  SSN | CELL PHONE |

| | INVOLVEMENT TYPE | NAME | MONIKER | HOME PHONE |
|---|---|---|---|---|
| | OTHER | Shipley, Nikolas S | | |
| | | ADDRESS: 630 Wilcox Rd Chattanooga,, TN 37419-2130 | | WORK PHONE |
| ☐ STATEMENT | | EMAIL | DOB 4/■/1995  SSN ●●●●●●●●●●● | CELL PHONE None |

(Three additional OTHERS blocks — all fields blank)

**NARRATIVE TITLE**
Report Narrative

Title: Report Narrative
On 12/18/2022 at 23:52 hours, Officer D. Bryant (79858), Serret (845), and Buckley (1162) responded to a Drugs/Narcotics Violation/Felony at 3535 Broad St. Police observed a vehicle traveling North on Broad St with dark tinted windows (29%). Police initiated a traffic stop and made contact with driver Nikolas Shipley and front seat passenger Tiffany Harris. As I walked to the vehicle I could see Shipley moving around in the vehicle. I asked Shipley to step out of the vehicle. As Shipley exited the vehicle officer Serret could smell the odor of marijuana coming from the vehicle. Police read Shipley his Miranda Rights in which he understood. Shipley stated to police he owns a CBD shop. Shipley was in possession of a firearm in which police removed for officer safety. Police asked Harris to step out the vehicle in which police began to search the vehicle. Officer Buckley found in Harris' purse a white tube containing Meth (.9g). Police read Harris her Miranda Rights in which she understood. Harris stated the crystal like objects were CBD diamonds. Harris was placed in custody and transported to jail. Police also found several unlabeled containers of cbd edibles (gummies and pen cartridges). All evidence was transported to the Chattanooga Property Division. Police also transported Shipley's firearm to property for safe keeping. Harris admitted to police later at the jail she has only been on meth a short time.

| REPORTING OFFICER | REVIEWING OFFICER | REVIEW DATE |