D. Bryant - 000366          EXHIBIT 7                    2∝-156551,
                                                         22.6246

## TENNESSEE BUREAU OF INVESTIGATION
## Forensic Services Request for Examination

| Nashville | Knoxville | Memphis |
|---|---|---|
| 901 RS Gass Blvd. | 1791 Neals Commerce Ln | 6325 Haley Rd. |
| Nashville, TN 37216-2639 | Knoxville, TN 37914 | Memphis, TN 38134 |
| 615-744-4000 | 865-549-7800 | 901-379-3400 |

COMPLETE ALL SECTIONS OF FORM EXCEPT SHADED AREAS

OM: D. Bryant

Case Officer's

Officer Email: dbryant@chattanooga.gov

Agency Case No: 22-136331

HATTANOOGA POLICE DEPTARTMENT
410 AMNICOLA HWY.
HATTANOOGA, TENNESSEE    37406

County of Offense: __HAMILTON (TN0330100)__

Type of Offense: Narcotic Violation

Date of Offense: 12/19/22

e: (_423) 643-5153

| Subject | Sex | Race | Date of Birth | Victim | Sex | Race | Date of Birth |
|---|---|---|---|---|---|---|---|
| iffany Harris | F | W | 4█/94 | | | | |
| V.colas shipley | M | W | 4█/95 | | | | |

ment cts: Recovered from seach of vehicle on a traffic stop

| ONLY | Item Number | Description of Evidence | Where Recovered |
|---|---|---|---|
| 1 | 1 | Meth | 3500 Broad st |
| 2 | 2 | THC Oil | ↓ |
| 3 | 3 | THC Gommies | ↓ |
| 4 | 4 | CBE Isolate | ↓ |

ination sted:_____ WEIGHT AND DRUG IDENTIFICATION

ther evidence been submitted on this

I certify this evidence is associated with a criminal or death investigation: case?

] NO☐, Lab No._____

Signature [signature]   Print Name D. Bryant

4 spls

Submitted by: Alexis Compton

## FOR LABORATORY USE ONLY

Received by: Abbey Cederrc

☐ Package opened to retrieve request form
☐ Request form on outer packaging

Received from: Alexis Compton

☑ Contents NOT verified at time of receipt  a 2/9/23
                                    Initials/Date

Date Received: 2/9/23 9:46

☐ Gun Check OK _____
              Initials/Date

| ☐ALC |
| ☐DI ✓ |
| ☐FAID |
| ☐LP |
| ☐SERO |
| ☐TOX |
| MICRO |
| ☐☐☐ |

☐ Explosives Check
          Initials/Date

LAB #
231-002599