EXHIBIT 8

D. Bryant - 000367



**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639



BILL LEE
Governor

DAVID B. RAUSCH
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO: D. Bryant
    Chattanooga P.D.
AGENCY CASE NO: 22136331

DATE ISSUED: 7/31/23
LAB CASE NO: 231002399
COUNTY: Hamilton

**SUBJECT(S)**
NIKOLAS SHIPLEY
TIFFANY HARRIS

Received From: Alexis Compton
Received By: Abbey Coderre

Date Received: 2/9/23
Time Received: 9:40 am

**EXHIBIT(S):**

| | | |
|---|---|---|
| 001-a | Crystalline substance | |
| 002-a | Vape cartridges | |
| 003-a | Gummy candies | |
| 004-a | White powder | |

| RESULTS: | Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | **Methamphetamine**<br>Testing Method: Color Test<br>Testing Method: FTIR | II | 0.84 Gram(s) |
| 002-a | **No analysis performed** | - | - |
| 003-a | **No analysis performed** | - | - |
| 004-a | **Cannabigerol (CBG)**<br>Testing Method: Color Test<br>Testing Method: FTIR | - | 41.20 Gram(s) |

**DISPOSITION:**
All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Brandi M Fisher*

Brandi M Fisher, ABC-DA
Special Agent / Forensic Scientist

The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.




Page 1 of 2

Case 1:23-cv-00299-MJD    Document 60-9    Filed 01/03/25    Page 2 of 12    PageID
Case 1:23-cv-00299-MJD    Document 88-8    Filed 03/12/25    Page 1 of 11    PageID #: 748

D. Bryant - 000368

**OFFICIAL FORENSIC CHEMISTRY REPORT**

**LABORATORY CASE NO:** 231002399

**DATE ISSUED:** 7/31/23

I certify and attest that this document is the proper record it purports to be.



Designated Representative of Director TBI



Page 2 of 2

Case 1:23-cv-00299-MJD   Document 60-9   Filed 01/03/25   Page 3 of 12   PageID
Case 1:23-cv-00299-MJD   Document 88-8290 Filed 03/12/25   Page 2 of 11   PageID
#: 749

D. Bryant - 000369

| | | | |
|---|---|---|---|
| Lab number: | 231 - 002399 | Page number: | 1 |
| Analyst: | Brandi M. Fisher | Total number of pages: | 6 |
| Initials: | BMF | Date: | 7/14/23 |

Agency case # (as written on evidence): 22-136331

Subject/Victim name(s) (on evidence): Tiffany Harris / Nikolas Shipley

Outer Packaging: One(1) p/ evidence s w/ evidence tape and initials

Exhibit #: 001-A

Evidence Description: One(1) p/ white tube w/ cap c̄ cs 0.84 grams dnwt

One(1) red property and evidence tag attached 22-6246

Tests Performed and Observations:
- Marquis Blank: colorless/no change
- Marquis: orange → brown
- FTIR: Methamphetamine

Results:
Methamphetamine
0.84 grams

☐ Received safety sealed
☐ Removed safety seal
☐ Applied safety seal after opening

D. Bryant - 000370

| | | | |
|---|---|---|---|
| Lab number: | 231-002399 | Page number: | 2 |
| Analyst: | Brandi M. Fisher | Total number of pages: | — |
| Initials: | BMF | Date: | 7/14/23 |

Agency case # (as written on evidence): 22-136331

Subject/Victim name(s) (on evidence): Tiffany Harris / Nikolas Shipley

Outer Packaging: One(1) pl evidence bag s w/ evidence tape and initials

Exhibit #: 002-9

Evidence Description: 4 vape cartridges - NWD

\* Did not open packaging

One(1) red property and evidence tag attached 22-6246

Tests Performed and Observations:

Results: No analysis performed —

☐ Received safety sealed
☐ Removed safety seal
☐ Applied safety seal after opening

| | | | |
|---|---|---|---|
| Lab number: | 231-002399 | Page number: | 3 |
| Analyst: | Brandi M. Fisher | Total number of pages: | — |
| Initials: | BMF | Date: | 7/14/23 |

Agency case # (as written on evidence): 22-13633\

Subject/Victim name(s) (on evidence): Tiffany Harris
Nikolas Shipley

Outer Packaging: One(1) pl evidence bag s w/ evidence tape and initials

Exhibit #: 003-a

Evidence Description: One(1) pl ziploc bag c̄ gummy candies - NWD

✱ Did not open packaging

Tests Performed and Observations:

Results: No analysis performed —

☐ Received safety sealed
☐ Removed safety seal
☐ Applied safety seal after opening

Case 1:23-cv-00299-MJD    Document 60-9    Filed 01/03/25    Page 6 of 12    PageID
Case 1:23-cv-00299-MJD    Document 88-893 Filed 03/12/25    Page 5 of 11    PageID
#: 752

D. Bryant - 000372

Lab number: 23I-002399
Analyst: Brandi M. Fisher
Initials: BMF

Page number: 4
Total number of pages: —
Date: 7/14/23

Agency case # (as written on evidence): 22-13633I
Subject/Victim name(s) (on evidence): Tiffany Harris
Nikolas Shipley

Outer Packaging: One(1) pl evidence bag s w/ evidence tape and initials
Exhibit #: 004a

Evidence Description:
One(1) black pl container w/ lid "CBG ISOLATE" c white powder 41.20 grams
dgwt

One(1) red property and evidence tag attached 22-6246

Tests Performed and Observations:
Duquenois Blanc: colorless/no change
Duquenois: purple/light purple
FTIR: Cannabigerol

Results:
Cannabigerol
—
41.20 grams

☐ Received safety sealed
☐ Removed safety seal
☐ Applied safety seal after opening





D. Bryant - 000375

# CASE CHAIN OF CUSTODY REPORT

**Laboratory Case #:** 231002399

**EXHIBIT # / DESCRIPTION:** 001    1 splb

| Date/Time of Transfer | From | | To | |
|---|---|---|---|---|
| 2/9/2023 9:40:00AM | Compton, Alexis | | Coderre, Abbey | NCL |
| 2/9/2023 9:40:02AM | Coderre, Abbey | NCL | NLAB VAULT | NCL |
| 7/13/2023 9:26:29AM | NLAB VAULT | NCL | Sanders, Angela | NCL |
| 7/13/2023 9:26:31AM | Sanders, Angela | NCL | Fisher, ABC-DA, Brandi M | NCL |
| 7/14/2023 2:22:40PM | Fisher, ABC-DA, Brandi M | NCL | Gant, Leesa | NCL |
| 7/14/2023 2:22:42PM | Gant, Leesa | NCL | NLAB VAULT | NCL |
| 9/1/2023 9:25:23AM | NLAB VAULT | NCL | Coderre, Abbey | NCL |
| 9/1/2023 9:25:25AM | Coderre, Abbey | NCL | Compton, Alexis | |

**EXHIBIT # / DESCRIPTION:** 001-a    **Crystalline substance**

| Date/Time of Transfer | From | | To | |
|---|---|---|---|---|
| 2/9/2023 9:40:00AM | Compton, Alexis | | Coderre, Abbey | NCL |
| 2/9/2023 9:40:02AM | Coderre, Abbey | NCL | NLAB VAULT | NCL |
| 7/13/2023 9:26:29AM | NLAB VAULT | NCL | Sanders, Angela | NCL |
| 7/13/2023 9:26:31AM | Sanders, Angela | NCL | Fisher, ABC-DA, Brandi M | NCL |
| 7/14/2023 2:22:40PM | Fisher, ABC-DA, Brandi M | NCL | Gant, Leesa | NCL |
| 7/14/2023 2:22:42PM | Gant, Leesa | NCL | NLAB VAULT | NCL |
| 9/1/2023 9:25:23AM | NLAB VAULT | NCL | Coderre, Abbey | NCL |
| 9/1/2023 9:25:25AM | Coderre, Abbey | NCL | Compton, Alexis | |

**EXHIBIT # / DESCRIPTION:** 002    1 splb

| Date/Time of Transfer | From | | To | |
|---|---|---|---|---|
| 2/9/2023 9:40:00AM | Compton, Alexis | | Coderre, Abbey | NCL |
| 2/9/2023 9:40:02AM | Coderre, Abbey | NCL | NLAB VAULT | NCL |
| 7/13/2023 9:26:29AM | NLAB VAULT | NCL | Sanders, Angela | NCL |
| 7/13/2023 9:26:31AM | Sanders, Angela | NCL | Fisher, ABC-DA, Brandi M | NCL |
| 7/14/2023 2:22:40PM | Fisher, ABC-DA, Brandi M | NCL | Gant, Leesa | NCL |
| 7/14/2023 2:22:42PM | Gant, Leesa | NCL | NLAB VAULT | NCL |
| 9/1/2023 9:25:23AM | NLAB VAULT | NCL | Coderre, Abbey | NCL |
| 9/1/2023 9:25:25AM | Coderre, Abbey | NCL | Compton, Alexis | |

9/24/2024    Lab #: 231002399
Case 1:23-cv-00299-MJD    Document 60-9    Filed 01/03/25    Page 10 of 12    PageID
Case 1:23-cv-00299-MJD    Document 88-297    Filed 03/12/25    Page 9 of 11    PageID #: 756

**EXHIBIT # / DESCRIPTION:** 002-a   Vape cartridges

| Date/Time of Transfer | From | | To | |
|---|---|---|---|---|
| 2/9/2023  9:40:00AM | Compton, Alexis | | Coderre, Abbey | NCL |
| 2/9/2023  9:40:02AM | Coderre, Abbey | NCL | NLAB VAULT | NCL |
| 7/13/2023  9:26:29AM | NLAB VAULT | NCL | Sanders, Angela | NCL |
| 7/13/2023  9:26:31AM | Sanders, Angela | NCL | Fisher, ABC-DA, Brandi M | NCL |
| 7/14/2023  2:22:40PM | Fisher, ABC-DA, Brandi M | NCL | Gant, Leesa | NCL |
| 7/14/2023  2:22:42PM | Gant, Leesa | NCL | NLAB VAULT | NCL |
| 9/1/2023  9:25:23AM | NLAB VAULT | NCL | Coderre, Abbey | NCL |
| 9/1/2023  9:25:25AM | Coderre, Abbey | NCL | Compton, Alexis | |

**EXHIBIT # / DESCRIPTION:** 003   1 splb

| Date/Time of Transfer | From | | To | |
|---|---|---|---|---|
| 2/9/2023  9:40:00AM | Compton, Alexis | | Coderre, Abbey | NCL |
| 2/9/2023  9:40:02AM | Coderre, Abbey | NCL | NLAB VAULT | NCL |
| 7/13/2023  9:26:29AM | NLAB VAULT | NCL | Sanders, Angela | NCL |
| 7/13/2023  9:26:31AM | Sanders, Angela | NCL | Fisher, ABC-DA, Brandi M | NCL |
| 7/14/2023  2:22:40PM | Fisher, ABC-DA, Brandi M | NCL | Gant, Leesa | NCL |
| 7/14/2023  2:22:42PM | Gant, Leesa | NCL | NLAB VAULT | NCL |
| 9/1/2023  9:25:23AM | NLAB VAULT | NCL | Coderre, Abbey | NCL |
| 9/1/2023  9:25:25AM | Coderre, Abbey | NCL | Compton, Alexis | |

**EXHIBIT # / DESCRIPTION:** 003-a   Gummy candies

| Date/Time of Transfer | From | | To | |
|---|---|---|---|---|
| 2/9/2023  9:40:00AM | Compton, Alexis | | Coderre, Abbey | NCL |
| 2/9/2023  9:40:02AM | Coderre, Abbey | NCL | NLAB VAULT | NCL |
| 7/13/2023  9:26:29AM | NLAB VAULT | NCL | Sanders, Angela | NCL |
| 7/13/2023  9:26:31AM | Sanders, Angela | NCL | Fisher, ABC-DA, Brandi M | NCL |
| 7/14/2023  2:22:40PM | Fisher, ABC-DA, Brandi M | NCL | Gant, Leesa | NCL |
| 7/14/2023  2:22:42PM | Gant, Leesa | NCL | NLAB VAULT | NCL |
| 9/1/2023  9:25:23AM | NLAB VAULT | NCL | Coderre, Abbey | NCL |
| 9/1/2023  9:25:25AM | Coderre, Abbey | NCL | Compton, Alexis | |

**EXHIBIT # / DESCRIPTION:** 004   1 splb

9/24/2024   Lab#:  231002399
Case 1:23-cv-00299-MJD   Document 60-9   Filed 01/03/25   Page 11 of 12   PageID
Case 1:23-cv-00299-MJD   Document 88-8298   Filed 03/12/25   Page 10 of 11   PageID #: 757

| Date/Time of Transfer | From | | To | |
|---|---|---|---|---|
| 2/9/2023 9:40:00AM | Compton, Alexis | | Coderre, Abbey | NCL |
| 2/9/2023 9:40:02AM | Coderre, Abbey | NCL | NLAB VAULT | NCL |
| 7/13/2023 9:26:29AM | NLAB VAULT | NCL | Sanders, Angela | NCL |
| 7/13/2023 9:26:31AM | Sanders, Angela | NCL | Fisher, ABC-DA, Brandi M | NCL |
| 7/14/2023 2:22:40PM | Fisher, ABC-DA, Brandi M | NCL | Gant, Leesa | NCL |
| 7/14/2023 2:22:42PM | Gant, Leesa | NCL | NLAB VAULT | NCL |
| 9/1/2023 9:25:23AM | NLAB VAULT | NCL | Coderre, Abbey | NCL |
| 9/1/2023 9:25:25AM | Coderre, Abbey | NCL | Compton, Alexis | |

**EXHIBIT # / DESCRIPTION:** 004-a **White powder**

| Date/Time of Transfer | From | | To | |
|---|---|---|---|---|
| 2/9/2023 9:40:00AM | Compton, Alexis | | Coderre, Abbey | NCL |
| 2/9/2023 9:40:02AM | Coderre, Abbey | NCL | NLAB VAULT | NCL |
| 7/13/2023 9:26:29AM | NLAB VAULT | NCL | Sanders, Angela | NCL |
| 7/13/2023 9:26:31AM | Sanders, Angela | NCL | Fisher, ABC-DA, Brandi M | NCL |
| 7/14/2023 2:22:40PM | Fisher, ABC-DA, Brandi M | NCL | Gant, Leesa | NCL |
| 7/14/2023 2:22:42PM | Gant, Leesa | NCL | NLAB VAULT | NCL |
| 9/1/2023 9:25:23AM | NLAB VAULT | NCL | Coderre, Abbey | NCL |
| 9/1/2023 9:25:25AM | Coderre, Abbey | NCL | Compton, Alexis | |

9/24/2024 Lab#: 231002399  
Case 1:23-cv-00299-MJD   Document 60-9   Filed 01/03/25   Page 12 of 12   PageID  
Case 1:23-cv-00299-MJD   Document 88-8299 Filed 03/12/25   Page 11 of 11   PageID #: 758