EXHIBIT 9

1

```
 1        IN THE UNITED STATES DISTRICT COURT

 2           OF TENNESSEE AT CHATTANOOGA

 3
    ------------------------------------------------
 4                                )
    NIKOLAS SHIPLEY,              )
 5                                )
          Plaintiff,             )
 6                                )  1:23-CV-00299-KAC-SKL
       vs.                        )  Jury Demand
 7                                )
    CHATTANOOGA POLICE DEPARTMENT )
 8  OFFICER DARNELL BRYANT,       )
    BADGE #395; CHATTANOOGA       )
 9  POLICE DEPARTMENT OFFICER     )
    SERRET, BADGE #845;           )
10  CHATTANOOGA POLICE DEPARTMENT )
    OFFICER BUCKLEY, BADGE #1126; )
11  and CHATTANOOGA POLICE        )
    DEPARTMENT,                   )
12                                )
          Defendants.            )
13  ------------------------------------------------
                         Chattanooga, Tennessee
14                       October 24, 2024

15
          DEPOSITION OF OFFICER DARNELL BRYANT
16
    ------------------------------------------------
17
    APPEARANCES:
18
                 FOR THE PLAINTIFF:
19
                 NEAL PINKSTON, ESQ.
20               Attorney at Law
                 1216 E. Main Street, Su 206
21               Chattanooga, TN  37408
                 (423) 654-8326
22               mnealpinkston@gmail.com

23

24

25
```

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:23-cv-00299-MJD    Document 88-9    Filed 03/12/25    Page 1 of 31    PageID #: 759

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

Page 2

```
 1  APPEARANCES (CONT'D)

 2
              FOR THE DEFENDANT OFFICER DARNELL BRYANT:
 3
              W. GERALD TIDWELL, ESQ.
 4            Tidwell and Associates
              1810 McCallie Avenue
 5            Chattanooga, TN  37404
              (423) 602-7511
 6            wgt@tidwellandassociates.com

 7
              FOR THE DEFENDANTS OFFICER BUCKLEY and
 8            OFFICER SERRET:

 9            JANIE VARNELL, ESQ.
              LOGAN DAVIS, ESQ.
10            Davis & Hoss
              850 Fort Wood Street
11            Chattanooga, TN  37403
              (423) 266-0605
12            janie@davis-hoss.com
              logan@davis-hoss.com
13

14            FOR THE CITY OF CHATTANOOGA

15            AZARIUS "ZACK" YANEZ, ESQ.
              ANDREW S. TRUNDLE, ESQ.
16            100 E. 11th Street, Su 200
              Chattanooga, TN  37402
17            (423) 643-8255
              ayanez@chattanooga.gov
18            atrundle@chattanooga.gov

19  ALSO PRESENT:  Officer Buckley Thomas, Brandon Layne

20

21

22

23

24

25
```

Page 3

```
 1  OFFICER DARNELL BRYANT:
        Examination by Mr. Pinkston                      6
 2      Examination by Mr. Yanez                         64
        Re-Examination by Mr. Pinkston                   75
 3

 4            INDEX TO EXHIBITS

 5  No. Description                                    Page

 6  17 Documentation evidencing Officer Bryant's        12
       graduation from police academy (Late filed)
 7
 8  18 Uniform Arrest Report – Affidavit of complaint    29

 9  19 Property sheet (Late filed)                       50

10  20 TCA 55-9-107, Tinted motor vehicle windows        69

11  21 TCA 39-17-418, Simple possession or casual        74
       exchange
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
 1              D I S C L O S U R E
    STATE OF TENNESSEE
 2  COUNTY OF HAMILTON
    DEPONENT: OFFICER DARNELL BRYANT
 3    Pursuant to the Rules and Regulations of the Tennessee
 4  Board of Court Reporting, I make the following
 5  disclosure:
 6    I am a Tennessee Licensed Court Reporter.  I am here
 7  as an independent contractor for Wilson Reporting
 8  Agency.
 9    Wilson Reporting Agency was contacted to provide court
10  reporting services for this deposition.  Wilson Reporting
11  Agency will not be taking this deposition under any
12  contract that is prohibited by TCA 24-9-136.
13    Wilson Reporting Agency has no contract/agreement to
14  provide reporting services with any party to the case,
15  any counsel in the case, or any reporter or reporting
16  agency from whom a referral might have been made to cover
17  this deposition.
18    Wilson Reporting Agency will charge its usual and
19  customary rates to all parties in the case, and a
20  financial discount will not be given to any party to this
21  litigation.
22  Sheila D. Wilson, LCR#268
    Expiration date: June 30, 2026
23
24
25
```

Page 5

```
 1     The deposition of OFFICER DARNELL BRYANT, taken on
 2  the 24th of October 2024, on behalf of the Plaintiff,
 3  beginning at approximately 9:04 A.M., in the offices of
 4  Tidwell and Associates, 1810 McCallie Avenue,
 5  Chattanooga, Tennessee, before Sheila D. Wilson, Licensed
 6  Court Reporter #268, and Notary Public.
 7      This deposition is taken pursuant to the terms and
 8  provisions of the Federal Rules of Civil Procedure.
 9      Signature of the witness not discussed.
10           / / /
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 1:23-cv-00299-MJD    Document 88-9   Filed 03/12/25   Page 2 of 31    PageID #: 760

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

1    OFFICER DARNELL BRYANT,
2 called as a witness at the instance of the Plaintiff,
3 having been first duly sworn at 9:04, was examined and
4 testified as follows:
5        EXAMINATION
6 BY MR. PINKSTON:
7    Q   Good morning, sir.
8    A   Good morning.
9    Q   My name is Neal Pinkston. I represent Nikolas
10 Shipley, the plaintiff in this particular lawsuit. And I
11 know you've talked with your attorneys before and today.
12 This is just a deposition. I'm going to ask you certain
13 questions. It's not meant to embarrass you or pry or
14 anything like that. I'm just trying to get some basic
15 information. And if I don't -- there's liable I'll ask a
16 question in the wrong form or manner. Just mention
17 something to your attorney, and I can try and clean that
18 up for you, if that's okay. And if I talk too fast, just
19 say so. Okay?
20   A   Yes, sir.
21   Q   And remember, I'm not trying to be a pain. The
22 court reporter may tell you as well, we can't take down
23 head nods or head shakes. It's got to be a verbal answer
24 since she's recording it.
25   A   Okay.

1    THE REPORTER: And please don't talk over
2 each other.
3        MR. PINKSTON: I'll do my best.
4 BY MR. PINKSTON:
5    Q   Sir, if you could, introduce yourself, please.
6    A   My name is Officer Darnell Bryant.
7    Q   And just some -- what's your date of birth, sir?
8    A   May 24, 1989.
9    Q   All right. And an idea about your education.
10 Give me your educational background.
11   A   Went to high school, graduated. Went to college a
12 little bit.
13   Q   Where did you go to high school?
14   A   Brainerd High School.
15   Q   Brainerd. What year?
16   A   2008.
17   Q   2008. And you said a little bit of college?
18   A   Correct.
19   Q   Where was that at?
20   A   Tennessee State University.
21   Q   TSU?
22   A   Correct.
23   Q   Did you graduate?
24   A   No, sir.
25   Q   How long did you attend TSU?

1    A   Four years.
2    Q   Four years. And did you have a study emphasis?
3    A   Computer science.
4    Q   Computer science. Okay. Are you close to
5 graduating?
6    A   I wouldn't say close. I have about another year.
7    Q   After TSU, what did you do?
8    A   I went to go work at Amazon.
9    Q   Amazon. What did you do there?
10   A   I did various things. Mostly different
11 departments.
12   Q   And just so we can be clear, when you say Amazon,
13 do you mean the --
14   A   Fulfillment center.
15   Q   At the Volkswagen exit?
16   A   Correct.
17   Q   Which is, I think, Exit 9 on 75.
18   A   I think it's Discovery Drive.
19   Q   Discovery Drive. How long did you work there,
20 sir?
21   A   Four years. No. Five years.
22   Q   What years would that have been, if you can
23 remember?
24   A   2012 to 2017.
25   Q   And so you would've -- all right. So, let's see,

1 you said 2008 at Brainerd; is that right?
2    A   Correct.
3    Q   And after 2017, after Amazon, what did you do?
4    A   I went to work for -- I applied for the police
5 academy.
6    Q   Applied for the police academy. Just -- CPD?
7    A   Correct.
8    Q   All right. And you were accepted.
9    A   Correct.
10   Q   And I know something about it but -- I won't go
11 into great detail. But give me an idea first how long
12 the academy is.
13   A   Twenty-two weeks.
14   Q   Twenty-two weeks. Okay. And generally, if you
15 were talking to someone who had no idea about the academy
16 or training, can you kind of explain what you do in those
17 22 weeks?
18   A   So, it's sort of set up like college, I guess.
19 You would go to class every day, you have material, and
20 then you would be tested weekly on your material.
21   Q   Okay. And there were -- I assume there were other
22 people in your academy class?
23   A   Correct.
24   Q   How many?
25   A   I don't remember exactly, but around 22 of us

Min-U-Script®                Wilson Reporting Agency (423) 267-6000                    (2) Pages 6 - 9
                                        www.wilsonreporting.com
Case 1:23-cv-00299-MJD        Document 88-9    Filed 03/12/25    Page 3 of 31      PageID
                                          #: 761

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

1 graduated, 21 or 22.
2 Q Twenty-two cadets?
3 A Correct.
4 Q Okay. And I'm not expecting you to remember every
5 subject, but what are the kind of subjects that you are
6 taught or learned about during those 22 weeks?
7 A I can't remember them all.
8 Q Sure.
9 A But I know, like, EVOC. Excuse me. Emergency
10 vehicle training. Narcotics, first aid. Went through, I
11 guess you would say firearms. Went to the range I think
12 weekly. We did conditioning, health training. I'm
13 trying to remember. We had something called the
14 immersion program, where basically we have opportunities
15 to, like, immerse the police department in civilian
16 capacity.
17 Q Sure.
18 A Trying to remember other subjects. We would have
19 like -- I can't remember what the name of it is, but we
20 have -- I guess you'd call it like ethics training,
21 something like that.
22 Q And so at the end of the 22 weeks, how -- do they
23 grade you throughout the 22 weeks?
24 A Correct.
25 Q All right. And then when you get ready to

1 graduate, what minimum requirements are you required to
2 have?
3 A I wouldn't know the minimum because they would
4 always tell you to reach for the highest. But I think as
5 long as you pass your -- what did they call it. Sorry.
6 So we would have, like, terms, and in each term we would
7 take like a test, we do like a physical test. And as
8 long as you pass those, then you would pass the academy.
9 But you did it multiple times. You couldn't just do it
10 once. I think we did it like three or four times.
11 Q Okay. And when you graduate from the academy, are
12 you then POST certified?
13 A Correct.
14 Q And when you graduate, do they give you a
15 certificate? A diploma?
16 A I believe it was a certificate.
17 Q Do you have a copy of it by chance?
18 A Not on me. I'm pretty sure --
19 Q Could you get one?
20 A Pretty sure I could.
21 MR. PINKSTON: Okay. If we could make his, I
22 guess, academy graduation diploma or certificate as late-
23 filed Exhibit -- that'll be 17?
24 THE REPORTER: Correct.
25 MR. PINKSTON: And it doesn't need to be a

1 certified copy.
2 (Exhibit 17, late filed, will be document
3 evidencing graduation from police academy.)
4 BY MR. PINKSTON:
5 Q So when did you graduate?
6 A I think the date was -- I think it was in
7 February. I can't remember the exact date.
8 Q February of what year?
9 A 2018, I believe.
10 Q Okay. So you essentially went straight from
11 Amazon to the academy --
12 A Correct.
13 Q -- kind of seamlessly?
14 A Correct.
15 Q All right. Once you're a graduate, you're a
16 POST-certified officer, what's your first duties as far
17 as CPD goes? Where all have you been since 2018, in the
18 department?
19 A Just in patrol.
20 Q And you started out in patrol?
21 A Correct.
22 Q And I know there's sectors, but could you explain
23 the sector you work in and what part of the city it is?
24 Because we always don't know what you mean by sector.
25 A The city is broken up into three sectors: Adam,

1 Baker, and Charlie. Each sector has multiple districts.
2 So I work in Adam sector and my district is 8.
3 Q And district 8 roughly is what part of
4 Chattanooga?
5 A Like downtown, more so towards the UTC campus
6 area.
7 Q Okay. And that's been your patrol district since
8 '18?
9 A Correct.
10 Q All right. Now, when you first set out, are you
11 by yourself or do you have to go with a senior officer or
12 field training officer?
13 A Correct. When you graduate you are with a field
14 training officer for about four months, unless you need
15 to be extended for further training.
16 Q Okay. And I guess is that kind of more of an
17 on-the-job training as opposed to what you learned in the
18 academy?
19 A Correct.
20 Q And so do you -- you ride with another officer?
21 A Yes, sir.
22 Q And who was -- are there several or one?
23 A Several.
24 Q Okay. Do you remember who those were?
25 A My first field training officer was FTO Lynn, Ryan

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

1  Lynn.  My second, I want to say McClard?
2  Q  Do you know first name by chance?
3  A  No.  We typically just go by last names.
4  Q  Okay.
5  A  FTO McClard.  Buckman.
6  Q  Is Buckman still on the gun team now?  Is that
7  right?  Ed Buckman?
8  A  Yes, sir.
9  Q  Okay.
10  A  No, sir.  He's chief of -- a sheriff somewhere, I
11  believe.
12  Q  Oh.  He left the department?
13  A  Yes, sir.
14  Q  I didn't know that.
15  A  Kelly Downs and then back to Ryan Lynn.
16  Q  I assume you -- it's just kind of a rotation?
17  You're with some for a certain period of time and then to
18  others?
19  A  Correct.
20  Q  So I guess you're kind of -- are you graduated on
21  FTO training?
22  A  Yes, sir.
23  Q  Okay.
24  A  1 to 6, I believe.
25  Q  And if you could, is 1 the lowest?

1  A  Correct.
2  Q  And 6 would be the highest?
3  A  Correct.
4  Q  So you, I guess for lack of better terms,
5  graduated from FTO?
6  A  Yes, sir.
7  Q  So during FTO, do you participate in traffic
8  stops?
9  A  Correct.
10  Q  Do you arrest people?
11  A  Correct.
12  Q  Do you write reports?
13  A  Correct.
14  Q  Collect evidence?
15  A  Correct.
16  Q  So essentially you're doing all the duties of
17  police officer, you're just doing it with a senior
18  officer?
19  A  Correct.
20  Q  Okay.  All right.  And I guess during that process
21  they give you pointers or insight on their experience and
22  maybe how to integrate that into your career.
23  A  Yes, sir.
24  Q  Would that be fair to say?
25  A  Yes, sir.

1  Q  So do you graduate from FTO or just get promoted?
2  How does -- what's the best way to describe that?
3  A  I guess you could call it a graduation, I guess.
4  Q  And so you go from riding with an FTO four months
5  to now you're on your own?
6  A  Correct.
7  Q  Do you remember when that was?
8  A  No, I do not.
9  Q  Okay.  I assume they give you a patrol car?
10  A  Yes, sir.
11  Q  And do you remember your car's number?
12  A  No, sir.
13  Q  All right.  So from roughly late 2018 to when this
14  happened, which is December of 2022, you were in patrol?
15  A  Yes, sir.
16  Q  As a solo -- well, we'll start with FTO and then
17  as a solo officer.  Do you know how many, approximately
18  how many traffic stops you've been involved with?
19  A  No, I do not.
20  Q  And you stick to that downtown precinct; is that
21  right?
22  A  Yes, sir.
23  Q  Now in the academy, do they teach about search and
24  seizure first as it relates to vehicles and then search
25  and seizure as it relates to a person?  Do they talk --

1  do they teach that at the academy?
2  A  Yes, sir.
3  Q  And what in particular about that do they teach?
4  A  Can you clarify your question?
5  Q  Like me back up just a second.  In this particular
6  case -- and I'll be referring to the affidavit.  And
7  there's a copy.  And I have other copies.  You may want
8  to glance at that for a second.
9      In this particular case there was a search of
10  Mr. Shipley, I think, with a weapon and then a search of
11  the vehicle, correct?
12  A  Correct.
13  Q  In the -- how do you learn the correct approach to
14  vehicle stops and search and seizure of a person and of a
15  vehicle?
16      MR. YANEZ: Objection to form.
17      MR. TIDWELL: You can answer.
18  A  Every situation is different.  But, like,
19  typically, you know, you would have a difference between
20  a vehicle and a person.  Usually you'll pat a person
21  down, make sure if they -- for weapons, for your safety
22  and their safety.  And then of vehicles, you would have
23  to establish a reasonable suspicion of probable cause to
24  search a vehicle.
25  Q  Reasonable suspicion of probable cause?

Min-U-Script®
Wilson Reporting Agency (423) 267-6000
www.wilsonreporting.com
(4) Pages 14 - 17
Case 1:23-cv-00299-MJD    Document 88-9  Filed 03/12/25    Page 5 of 31    PageID #: 763

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

Page 18

1  A  Correct.
2  Q  And that would've been stuff you discussed in the
3  academy?
4  A  Correct.
5  Q  And we'll get into this later.  But you mentioned
6  in the academy you had some narcotics training?
7  A  Yes, sir.
8  Q  Did the academy, or even since then, has there
9  been any discussion about this marijuana versus hemp
10 issue that law enforcement is dealing with?
11 A  No, sir.
12    Hold on.  So, just to clarify your question,
13 you're asking were we trained on identifying each, or
14 were you -- can you specify your question?
15 Q  Sure.  Sure.  I guess it's fair to say in certain
16 situations -- have you ever pulled somebody over for the
17 smell of marijuana?
18 A  Correct.
19 Q  All right.  So in your academy training, was it
20 ever discussed the differences between legal hemp and
21 illegal marijuana?
22 A  Well, at the time when I came out of the academy,
23 hemp wasn't so popular in Chattanooga.
24 Q  Now -- but I guess it's become so?
25 A  Yes, sir.

Page 19

1  Q  And how popular?  Do you know how -- it's just
2  everywhere?
3  A  You pretty much can find a hemp store on every
4  other block, or something like that, downtown.
5  Q  Now, as that's become popular, did the department
6  update, are you aware if they updated any policies or
7  with directives in chain of command about marijuana and
8  hemp?
9  A  So --
10    MR. YANEZ: Object to form.
11 A  We were instructed to basically treat hemp as
12 marijuana until we could be told differently by TBI.
13 Q  Now, when you say that you were told, in what form
14 does that take?  How were you notified?
15 A  It was usually an inservice.  We get, like,
16 updates throughout the year.
17 Q  Okay.  But do you know if any of that was updated
18 via policy, or it was just something you discussed in
19 inservice?
20 A  Just something we discussed in inservice.
21 Q  Okay.  And did they ever train you on like the
22 ability to distinguish between the two, marijuana and
23 hemp?
24 A  No, sir.
25 Q  Either via looking at it or smelling?

Page 20

1  A  No, sir.
2  Q  And you don't have any specialized training in
3  that?
4  A  No, sir.
5  Q  Training as far as -- are you familiar in
6  Tennessee with a window tint violation?
7  A  Correct.
8  Q  And essentially what is that?
9  A  I think it's 35 percent on all five windows.  And
10 then I think the front window can be no less than 70
11 percent.
12 Q  So, 35 percent all windows?
13 A  Uh-huh.
14 Q  And you said 75 on the front?
15 A  I think 70, if I'm not mistaken.
16 Q  Okay.  And that would be the front windshield?
17 A  Yes, sir.
18 Q  Now, this -- and it may sound stupid, but do
19 they -- in the academy or is there some type of training
20 procedure class on recognizing window tint issues, how to
21 measure window tint, and things of that nature?
22 A  No specific training.  More so you ask and you'll
23 get an answer from somebody who's experienced in it.
24 Q  And how would that play out?  If you could give me
25 an example.

Page 21

1  A  So like in the academy, if anybody had questions
2  about tinted windows, probably go over to TCA and an
3  instructor or somebody who has had experience on the
4  street may come in and give you their, I guess like their
5  spin on how they do certain things.  Kind of like FTO.
6  Q  Street experience essentially?
7  A  Correct.
8  Q  Okay.  And that would occur in inservice, academy?
9  That just occurs throughout?
10 A  Correct.
11 Q  All right.  Now, I think in this particular case
12 you measured Mr. Shipley's windows?
13 A  Yes, sir.
14 Q  Do you remember which window?
15 A  His driver side window.
16 Q  All right.  And what type of -- now you measured
17 the tint, correct?
18 A  Correct.
19 Q  What type of device do you use to measure that?
20 A  I forgot the name of it.  I bought it off line.
21 It's a tint reader.
22 Q  Tint reader.  You bought it where?
23 A  I forgot the name of the website.
24 Q  Do you know -- the tint meter that you possess.
25 Was that provided to you by the department?

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

Page 22

1    A   No, sir.
2    Q   All right.  Do you know, does the department have
3  any standards when it comes to, I guess, the quality of
4  the tint meter?
5    A   No, sir.
6    Q   Now, I know -- have you ever dealt with tuning
7  forks or things like that, where you have to recalibrate
8  them before you can use them?
9    A   You mean like the radar guns?
10   Q   Sure.  That's another example.
11   A   Yes, sir.
12   Q   Is this particular device, do you have to
13 recalibrate it each time you use it?
14   A   You don't have to recalibrate.  You just have to
15 make sure the calibration is still -- they give you like
16 some test -- I guess you can say like test strips.  It's
17 like glass that's already tinted.  And you just make
18 sure -- every so often you just check to make sure that
19 it's close to that percentage on the actual little
20 testing glass.
21   Q   And how often -- and I guess it depends -- would
22 you test to make sure the device seems to be doing what
23 it's supposed to do?
24   A   Maybe once every couple days.
25   Q   And do you know if this particular meter that you

Page 23

1  use has been tested by others or the department to
2  determine if it's valid?
3    A   No, sir.
4    Q   And even up to present, today, yesterday,
5  whenever, are there any -- do you know of any new
6  directives or policies from the department about dealing
7  with window tint violations?
8    A   No, sir.
9    Q   If we could focus on the night in question.  When
10 did you first observe Mr. Shipley?  And if you want to
11 read through that first.  I think it's two pages of the
12 narrative but the total is four because it includes the
13 warrant and the biographical information.  But I'll be
14 essentially focused on the first two pages, if you want
15 to read through that.
16   A   Before I answer your questions, are you specific
17 on dates and times?
18   Q   We can be.  But if you need to read date and time,
19 that's fine.
20   A   I made contact with him on December 18, 2022, at
21 11:52.
22   Q   Where at?
23   A   At the Circle K on Broad Street.
24   Q   Where did you first see this vehicle?
25   A   At the Circle K on Broad Street.

Page 24

1    Q   Was the vehicle in motion?  Was it parked?  What
2  was it doing?
3    A   I believe when I first saw it it was parked.
4    Q   All right.  Were you -- where were you located?
5    A   In the parking lot of the gas station.
6    Q   Were you near Mr. Shipley's vehicle?
7    A   When you say "near," do you want to be specific?
8    Q   Think of a standard parking lot, standard gas
9  station parking lot.  I guess there's usually lanes right
10 in front of the door.
11   A   Uh-huh.
12   Q   And maybe sometimes there's lanes on the side.
13   A   Okay.  I was parked near -- if we're standing
14 looking at the building.  I was parked near the right
15 side of the lot.
16   Q   And where was Mr. Shipley?
17   A   I believe he was on the other end.  I think he was
18 maybe at a pumper.
19   Q   And what did you notice about his vehicle?
20   A   His windows appeared to be dark.  Darker than what
21 TCA allows.
22   Q   Now, can you approximate how far away his vehicle
23 was from where you were?
24   A   Sir, that was two years go.  It's pretty
25 difficult.

Page 25

1    Q   Sure.  But were you able to tell if there was
2  anybody in the vehicle?
3    A   Only because I saw Mr. Shipley get in the vehicle.
4    Q   But you could still see him when he got in?
5    A   No.  No, sir.
6    Q   Now, is there a particular reason why you didn't
7  approach him while he's parked?
8    A   Other than tinted windows, that's all I had at the
9  moment.
10   Q   Okay.  So did you contemplate approaching him
11 while he was parked?
12   A   No, sir.
13   Q   Okay.  Is that something -- is that -- in that
14 situation where you see a vehicle parked that may have a
15 traffic violation or a window tint, you know, generic
16 violation, are you trained to wait or are you trained to
17 approach kind of as you see that?  Or how does that work?
18   A   Well, police is a unique career.  Every situation
19 is different.
20   Q   Yes, sir.
21   A   A lot of times whenever people see police
22 presence, sometimes they may get back in their vehicles,
23 sometimes they may not.  Sometimes they'll sit there for
24 hours.
25       Specifically on this night, I believe I was -- as

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

1 I have parked on the far right side of the vehicle,
2 Mr. Shipley got in his vehicle and continued to drive out
3 of the -- off the property, and that's when I decided to
4 get behind him.
5 Q Okay. And that was just because of the window
6 tint?
7 A Correct.
8 Q Then what did you do?
9 A I followed him for a bit, and then I decided to --
10 if I'm correct on my affidavit, stop him near 3535 Broad
11 Street.
12 Q Which would've been near that Circle K where you
13 first...
14 A Yeah. I think it was a couple blocks away, but it
15 was still pretty close.
16 Q Now, as you're following him, you got dash cam?
17 A Correct.
18 Q Were you wearing body cam at that time?
19 A Yes, sir.
20 Q All that's preserved, correct?
21 A Correct.
22 Q Do you know or have you been told how that's
23 preserved?
24 A When you say "how," what do you mean?
25 Q Like, obviously -- your body cam that you're

1 wearing now. And I'm pointing to the center of your
2 chest. That's your body cam.
3 A Yes, sir.
4 Q I guess it -- does it upload to some server
5 somewhere?
6 A Oh, yes. Yes, sir.
7 Q Do you know, is that Evidence.com? Where does
8 that go?
9 A Yes, sir. It goes to Evidence.com.
10 Q Okay. Now, would that be the same as the dash
11 cam?
12 A Yes, sir.
13 Q Now, is it an automatic deal where it uploads, or
14 is there some part where you have to participate to make
15 that happen?
16 A So, unfortunately, by this being so far -- so long
17 ago, we've changed generations of this brand and the
18 process is a little different. Because at first you
19 couldn't upload it directly from your laptop, you'd have
20 to sit it on a dock. But now the new ones it's
21 different.
22 So typically you'd have to upload it directly from
23 the dashboard or you could sit it on a docking station
24 and upload it.
25 Q And when you say "dashboard," that would mean

1 whatever the dashboard is, about the program you're in,
2 entering in the information?
3 A Yes, sir. Yes, sir.
4 Q And so this late-filed Exhibit 17 that we talk
5 about, this is a standard --
6 THE REPORTER: Late-filed 17 is the academy
7 document.
8 MR. PINKSTON: Oh. Sorry.
9 BY MR. PINKSTON:
10 Q Do you recognize a copy of this document?
11 A Yes, sir.
12 Q And I believe there are four pages to that; is
13 that correct?
14 A Correct.
15 Q And do you recognize that as a Uniform Arrest
16 Report - Affidavit of Complaint?
17 A Yes, sir.
18 Q All right. Now, this form is created by who?
19 A I believe a software.
20 Q Software. Okay. And are you -- would it be fair
21 to say -- you recognize this obviously. Is that your
22 signature at the bottom?
23 A Yes, sir.
24 Q Now, it's fair to say the top half of this
25 document is biographical information?

1 A Yes, sir.
2 MR. PINKSTON: And if we could, I'd like to
3 go ahead and identify the arrest report as Exhibit 18.
4 (Exhibit 18 was marked.)
5 BY MR. PINKSTON:
6 Q Now, how do you go about -- you're responsible for
7 entering all this information?
8 A Yes, sir.
9 Q How do you go about determining the top part
10 there?
11 A When you say half, you are referring to, like, the
12 entire half of the sheet, correct? Or just this --
13 Q I would say let's start and go down to about
14 Affidavit of Complaint. When I say half, I'm talking
15 about this section right here.
16 A Okay. Gotcha. You would either obtain a
17 person's -- if they're from Tennessee, you would either
18 obtain their last name and date of birth or driver's
19 number or social security number, and you put it in the
20 software and it should be able to give you all this
21 information.
22 Q Okay. Now, I guess in Mr. Shipley's instance, you
23 started a conversation with him when you stopped him?
24 A Correct.
25 Q Did you pull him out of the vehicle?

Min-U-Script®
Wilson Reporting Agency (423) 267-6000
www.wilsonreporting.com
(7) Pages 26 - 29
Case 1:23-cv-00299-MJD    Document 88-9  Filed 03/12/25    Page 8 of 31    PageID #: 766

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

1  A  No, sir.
2  Q  Did you -- it may be -- do you have essentially a
3  normal process or procedure that you utilize when you
4  approach a motorist on a traffic stop?
5  A  Yes, sir.
6  Q  And that would be what?
7  A  We usually approach on the driver's side, try to
8  make contact at the driver's side window.
9  Q  Okay.  And I guess do you -- you obviously would
10 be wearing a uniform, correct?
11 A  Correct.
12 Q  Your badge, 395?
13 A  Yes, sir.
14 Q  Introduce yourself.  How does that conversation
15 start?
16 A  Typically I would just introduce myself and I
17 would ask the person do they know why they're being
18 stopped.
19 Q  And did -- you utilized that same line of
20 questions with Mr. Shipley?
21 A  I believe so.
22 Q  Did he know why he was stopped?
23 A  I believe so.
24 Q  Did you ever tell him you got a window tint issue?
25 A  Yes, sir.

1  Q  And when did you test the tint?
2  A  At some point throughout the night.  I'm pretty
3  sure you can watch the body cam video and it'll probably
4  give you an exact order of when I ran the tint on the
5  window.
6  Q  Okay.  And do you know, sir, in the window tint
7  meter, the one that you use, is there a margin of error
8  in the test results?
9  A  From my experience, it may be plus or minus one
10 percent.
11 Q  Okay.
12 A  But actual manufacturing margin of error, I
13 wouldn't have a clue.
14 Q  So you -- I know at some point other officers
15 arrive; is that correct?
16 A  Yes, sir.
17 Q  Officer Serret?
18 A  Yes, sir.
19 Q  And Officer Buckley, who is now Officer Thomas,
20 who's present here today?
21 A  Correct.
22 Q  Let's first start with those two.  You initiate
23 your blue lights and you stop Mr. Shipley.  Do you
24 contact them individually to come to the scene?  Or how
25 does that work?  How do they -- how are they notified to

1  come to where you're at?
2  A  Typically when we make a traffic stop we use our
3  radio.  And our radio can be heard throughout the city by
4  every officer, depending on if they're on that channel or
5  not.  And I'm pretty sure they probably heard me get out
6  on the radio.
7  Q  Okay.  So you didn't individually contact them?
8  A  I don't believe so.
9  Q  Do you remember who showed up first, either Serret
10 or Officer Thomas?
11 A  I believe they showed up at the same time.
12 Q  Different vehicles?
13 A  Yes, sir.
14 Q  All right.  Now, at one point I know that an
15 officer arrives with a K-9 dog?
16 A  Yes, sir.
17 Q  Do you know the name of that officer?
18 A  I believe his name is Holmes.
19 Q  Holmes?
20 A  Yes, sir.
21 Q  And is he a CPD or HCSO?
22 A  CPD.
23 Q  And he's -- he or she is, I guess, a K-9 officer?
24 A  Yes, sir.
25 Q  Do you remember the K-9's name by chance?

1  A  No, sir.
2  Q  All right.  Now, how does -- does he arrive at the
3  same situation, or does he have to be specifically asked
4  to come?
5  A  Specifically asked to come.
6  Q  And who specifically asked him to arrive?
7  A  I believe I asked.  Called for him on the radio.
8  Q  Do you remember why?
9  A  At that point I believed that there may've been
10 something more in the vehicle.
11 Q  So you take him out.  The other officers arrive.
12 And kind of -- in this particular situation you have
13 three to four officers present, correct?
14 A  Correct.
15 Q  How do you determine -- is there someone who's in
16 charge at that particular scene?
17 A  I wouldn't say in charge, but usually the person
18 who makes the traffic stop is pretty much the person who
19 is kind of like leading what's going on.
20 Q  So due to the fact you initiated a blue light
21 stop, you're kind of the case -- secretary case agent
22 essentially?
23 A  I guess so.
24 Q  What did you notice about Mr. Shipley when you
25 pulled him out of the vehicle?

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

Page 34

1  A  I didn't pull Mr. Shipley out of the vehicle.
2  Q  Who did?
3  A  Officer Serret.
4  Q  Was there any discussion of that before it
5  occurred?
6  A  No, sir.
7  Q  All right.  And if I'm not mistaken, just a few
8  minutes ago, moments ago, you mentioned that you did not
9  ask him to get out of the vehicle?
10  A  Correct.
11  Q  And you eventually didn't pull him out of the
12  vehicle?
13  A  Correct.
14  Q  Why did you make that decision not to do that?
15  A  It's different every time.  Sometimes you may get
16  a feel for somebody.  You may see that they're extremely
17  nervous and you want to go ahead and get them out right
18  then or let them sit and let them think for a little
19  while.  So it's different every time.  It's just whatever
20  I feel like doing at the moment.
21  Q  At first you didn't notice anything else but the
22  window tint?
23  A  Correct.
24  Q  I think at some point he's out of the vehicle, you
25  notice a firearm?

Page 35

1  A  I did not notice a firearm.
2  Q  Or a holster?
3  A  No, sir.
4  Q  And would that be -- the reason you didn't notice
5  is because you didn't take him out of the car --
6  A  Correct.
7  Q  -- would that be fair to say?
8  A  Correct.
9  Q  And that was Serret?
10  A  Correct.
11  Q  How did you learn he had a firearm on his side?
12  A  He told us.
13  Q  And when he told you that, what did you do?  What
14  did you do?
15  A  I didn't -- he didn't speak to me specifically
16  when he first mentioned the firearm.
17  Q  All right.  So he told Serret that?
18  A  I would believe so.
19  Q  Or Officer Thomas?  Or do you remember?
20  A  It had to be Serret, because I believe he was the
21  one that recovered the firearm.
22  Q  You didn't take it off Nikolas' person,
23  Mr. Shipley?
24  A  No, sir.
25  Q  And you did not remove the holster?

Page 36

1  A  No, sir.
2  Q  All right.  And do you recall that Mr. Shipley
3  presented a concealed carry permit?
4  A  At some point during the traffic stop I do believe
5  him mentioning a permit.
6  Q  All right.  And over the last couple of years in
7  Tennessee, you don't even have to have a concealed permit
8  anymore to carry a firearm; is that correct?
9  A  Correct.
10  Q  Where was the gun and holster placed?  Do you
11  know?
12  A  I know the gun was placed on my vehicle.
13  Q  All right.  The hood?
14  A  Correct.
15  Q  Why would -- do you know why it was placed there?
16  Or that was just his decision?
17  A  Usually we try -- whenever we're speaking with
18  somebody who has a firearm, usually we try to separate
19  them from the firearm for officer -- for their safety and
20  our safety.
21  Q  All right.  Now, did you have much conversation
22  with Mr. Shipley, or was it mostly Mr. Serret -- or
23  Officer Serret?
24  A  To be honest, I feel like Mr. Shipley spoke to all
25  of us.

Page 37

1  Q  Okay.  And can you describe Mr. Shipley's, you
2  know, demeanor, language, tone when he's talking?  If you
3  remember.
4  A  He was kind of up and down.  One minute he'd be
5  very cooperative, one minute he would be kind of
6  distracting.
7  Q  All right.  And at some point did you notice that
8  there was a passenger in the vehicle?
9  A  Correct.
10  Q  All right.  Did you have any conversation with
11  this female?
12  A  Maybe just a little.
13  Q  And her name on this document, this -- if we look
14  on this document, about five lines down or so, it says
15  Arrestee: Tiffany Breanna Harris.  That was the
16  passenger?
17  A  Yes, sir.
18  Q  And you obtained that info from her?
19  A  Yes, sir.
20  Q  But you did not search her or anything of that
21  nature?
22  A  I don't believe so.
23  Q  Did you participate in a search of the vehicle?
24  A  Yes, sir.
25  Q  So you talked to Nikolas.  At some point he

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

Page 38

1 mentions a firearm. The firearm is removed from him. Is
2 there continual conversation with him and the female or
3 one or the other?
4 A Mr. Shipley pretty much talked the entire time.
5 Q Did he tell you that he ran some type of hemp
6 dispensary or hemp shop?
7 A Yes, sir.
8 Q Did you know that prior?
9 A No, sir.
10 Q Did you -- when he told you that, you know,
11 sometimes obviously -- I know you know, but sometimes at
12 traffic stops people aren't always honest. Would that be
13 fair to say?
14 A Yes, sir.
15 Q Did you do anything to verify what he was telling
16 you was accurate?
17 A No, sir.
18 Q Do you have an idea about how long the traffic
19 stop lasted?
20 A No, sir.
21 Q All right. When you're there talking to
22 Mr. Shipley, do you notice anything else about the
23 vehicle that raises your suspicion?
24 A Initially when I first made contact with
25 Mr. Shipley, I did notice he was moving around in the

Page 39

1 vehicle, favoring the right side. I'm not sure if it was
2 his body or something in the car. Due to the tint it was
3 hard for me to see.
4 Q Sure.
5 A Also, after rolling the window down I noticed he
6 had a strong odor. Initially I thought it was marijuana,
7 but then it smelled like -- it was something else and it
8 smelled fairly fresh, which is, in my experience, usually
9 somebody's trying to mask the smell of something else.
10 So that was one thing that raised my suspicion.
11 And then after getting him -- after seeing him get
12 out of the vehicle, I noticed -- usually when we tell
13 people to get out of the vehicle, they leave their door
14 open. Mr. Shipley kind of went -- took an extra effort
15 to go back and make sure his door was closed. I kind of
16 noticed that.
17 And just straight out of the gate he just seemed
18 to be a little too talkative. Usually police [sic] are
19 not so readily available to speak with police. They're
20 kind of, you know, reluctant. Mr. Shipley just was kind
21 of wanting to go ahead and say whatever.
22 And then I did notice he had an odor on him. And
23 I think I even asked him about it, and that's when the, I
24 believe, hemp, or whatever story he came up with.
25 Q And correct me if I'm wrong, but originally you

Page 40

1 thought you smelled marijuana?
2 A Correct.
3 Q Later it seems you may've changed your mind on if
4 that was marijuana or something else?
5 A You said changed my mind?
6 Q I mean, you said originally "roll the window
7 down," you thought it was marijuana.
8 A Right. Right.
9 Q Or thought it was masking something fresh.
10 A I'm not sure, I can't explain the scientific on
11 smelling items, but sometimes you'll get a whiff of
12 something and sometimes you may get a whiff of something
13 else. When I initially walked up to the car, yes, I did
14 believe I smelled marijuana, and I also got a whiff of
15 something that was fairly fresh. And I felt like he had
16 sprayed something or maybe tried to hurry up and take a
17 puff of his vape or something.
18 Q Did he have a vape?
19 A I believe so.
20 Q Okay. And to your knowledge, possessing a vape is
21 not illegal?
22 A Correct. Correct.
23 Q All right. Now, you've never been trained in
24 detecting the odor of marijuana; is that correct?
25 MR. YANEZ: Objection to form.

Page 41

1 A I don't think there's training necessary. Most
2 common person knows what marijuana smells like. Are you
3 specifically asking me did I know what marijuana smelled
4 like?
5 Q No, sir. I'm just asking you, like, if you were
6 in the academy or FTO or just in your daily job,
7 inservice, roll call, were you ever taught how to detect
8 marijuana versus maybe something else?
9 A No. No, sir.
10 Q Either via smell or touch or look?
11 A No, sir.
12 Q All right. Did he mention to you if there was
13 anything else in the vehicle? "He" being Mr. Shipley.
14 A No, sir.
15 Q All right. You read him his Miranda rights?
16 A I can't remember, but I'm sure the body cam video
17 will reflect that, if I did or not.
18 Q And do you know if the other officers who were
19 present, including the K-9, did they have body cam
20 footage?
21 A Yes, sir.
22 Q And what part of the vehicle was searched?
23 A I believe the entire vehicle.
24 Q Including the trunk?
25 A Correct.

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

1  Q   And I think it's -- was this vehicle searched with
2  or without a search warrant?
3  A   Without a search warrant.
4  Q   And as I asked earlier, when you're with a number
5  of officers on a stop, who makes the decision whether to
6  seek a search warrant or not seek one?
7  A   Usually it's the officer who made the traffic
8  stop, but a lot times we do converse with one another.
9  Q   And what did you do in this particular situation?
10  A   When you say "this particular situation," what do
11  you mean?
12  Q   On this particular case with Mr. Shipley, there
13  was a -- you did not seek a search warrant for the
14  vehicle or his person.
15  A   Correct.
16  Q   Or her person.  "Her" being Ms. Harris.
17  A   Correct.
18  Q   Who made that decision, on just this case alone?
19  A   To go ahead and search the vehicle?
20  Q   Yes.
21  A   I believe I did.
22  Q   All right.  So when the search begins, you thought
23  you smelled marijuana and there's a window tint issue.
24  A   Uh-huh.
25  Q   Before the search, did you run his driver's

1  license?
2  A   Yes, sir.
3  Q   Was it valid?
4  A   I believe so.
5  Q   What about the registration on the vehicle?
6  A   I believe so.
7  Q   Did you ask if he had car insurance, vehicle
8  insurance?
9  A   Typically I don't ask that.  So I don't believe I
10  did.
11  Q   Okay.  Now, did he hand you his ID?
12  A   Yes, sir.
13  Q   And you go -- where do you go run to see if it's
14  accurate?
15  A   On my laptop.
16  Q   Laptop.  And the laptop, you test the license.
17  And what does that tell you when you determine if it's
18  valid or not?  Do you type in his name and number?  Or
19  how does that work?
20  A   Either/or, and it should give you a populated
21  response.
22  Q   And did you find what he presented to you as
23  verified to be accurate?
24  A   Correct.
25  Q   So did you write him a ticket for the window tint?

1  A   I don't believe so.  I believe I wrote him a
2  misdemeanor citation.
3  Q   And we'll get to that here in just a second.
4      During the search of the vehicle, somebody found
5  what's alleged to be methamphetamine in a purse?
6  A   Correct.
7  Q   Do you recall that?
8  A   Correct.
9  Q   Did you observe that?
10  A   Correct.
11  Q   And who searched that purse and what did you
12  observe?
13  A   I can't remember who searched the purse, but I'm
14  sure the body cam can reflect that.  But I remember that
15  the meth was found inside of a white plastic container,
16  like circular container.
17  Q   Okay.  And I believe, according to this affidavit,
18  Exhibit 18, there was also some CPD [sic] edibles?
19  A   Correct.
20  Q   And when you put in your affidavit CPD [sic]
21  edibles, what are you referring to?
22  A   If you don't mind, can I take a moment?
23  Q   Absolutely.
24  A   (Reviewing document.)  Okay.  Would you repeat
25  your question?

1  Q   According to the affidavit, there was some
2  apparently CPD [sic] edibles and diamonds; is that
3  correct?
4  A   Uh-huh.
5  Q   All right.  And when you, when you say that or you
6  put that in your report, what are you referring to?
7  A   Some gummies that were found in the vehicle.
8  Q   And did you do anything to -- is there any field
9  test to determine what that is?
10  A   No, sir.
11  Q   And do you know edibles to be legal or illegal?
12  A   If they're CBD, I'm assuming they would be legal,
13  but at the time I didn't know which they were.
14  Q   Did you ask?  Did you ask Mr. Shipley?
15  A   Of course.
16  Q   And what did he say?
17  A   CBD.
18  Q   So, who secured the diamonds and the edibles?
19  A   I believe I did.
20  Q   Did you, either with your fellow officers or by
21  yourself, make any determination if those diamonds or
22  edibles were legal or illegal substance?
23  A   We made a decision based on the fact that nothing
24  had branded labels on them -- what I mean by branded,
25  like usually if something is CBD it will tell you that on

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

1 some kind of labeling or something like that. But I
2 think this was just in a plastic white bag, and the other
3 items we found were just packaged as whatever they were.
4   Q  Okay. And so at the end of the stop, I want to
5 make sure, there's a firearm that was taken?
6   A  Yes, sir.
7   Q  A holster?
8   A  No, sir. No holster was taken.
9   Q  No holster was taken? Do you know what happened
10 to it?
11   A  I believe Mr. Shipley placed it on the vehicle.
12 Not my vehicle, but I can't remember which one it was.
13   Q  Okay. And you have CPD [sic] gummies and
14 diamonds; is that correct?
15   A  That's what he stated they were. I don't have no
16 clue what they really were.
17   Q  Anything else that you recall was taken from the
18 vehicle?
19   A  I also believe like some kind of powder. I can't
20 remember what he said it was, related to the hemp or...
21   Q  And that would've been all that was taken?
22   A  I believe so. If not, we could go back and look
23 at the property sheet.
24   Q  And property sheet -- all right. We'll get to
25 that in a moment.

1      Kind of going back to the academy but also through
2 your training, both FTO and by yourself, are cadets and
3 then officers advised on how to deal with property that
4 they seize on a traffic stop?
5   A  Yes, sir.
6      MR. YANEZ: Object to form.
7   A  Yes, sir.
8   Q  And what is the standard procedure for you as an
9 officer? And we'll use this particular case. If
10 evidence is seized -- in this case we have several pieces
11 of evidence that are seized.
12   A  Yes, sir.
13   Q  Maybe not only by yourself but fellow officers.
14   A  Uh-huh.
15   Q  Are you in charge of all that evidence?
16   A  Once I leave, yes.
17   Q  And when -- and just so I know what you mean, when
18 you say once you leave...
19   A  Yes, sir. Because typically whosever's the
20 arresting officer would collect all the evidence.
21   Q  Okay.
22   A  And then after I leave I would take sole
23 responsibility of all that evidence.
24   Q  And so you arrested Ms. Harris?
25   A  Correct.

1   Q  For -- I think it was possession for resale? Some
2 type of drug-related offense?
3   A  Yes, sir.
4   Q  All right. And so you said when you leave,
5 meaning when you leave to take her to be booked at the
6 jail?
7   A  Correct. Whenever we leave that traffic stop,
8 whoever in possession of that property, it's your
9 responsibility.
10   Q  All right. And so what of the property that was
11 taken was your responsibility?
12   A  Whatever I had in my vehicle.
13   Q  Do you remember?
14   A  I'm assuming it was -- I say assume. The CBD
15 edibles, the firearm, and anything related to the hemp
16 stuff that he claimed. But I did not have a holster.
17   Q  And would you -- all that would've been checked
18 in?
19   A  Correct.
20   Q  Do you recall how many edibles?
21   A  No, sir. But I'm pretty sure the property sheet
22 may reflect that in weight or quantity.
23   Q  Any idea as to why the property division can't
24 find proof of the edibles in property?
25   A  No, sir.

1      MS. VARNELL: Object to the form.
2      MR. YANEZ: Object to the form.
3   Q  And when you take possession of all that property,
4 where do you place it?
5   A  In the City of Chattanooga's property division.
6   Q  Before you go there, where is it? In your
7 vehicle?
8   A  Yes, sir.
9   Q  So it goes from your vehicle to the property room?
10   A  Correct.
11   Q  And the property room is located where?
12   A  On Amnicola.
13   Q  And when you get there -- and when I say "there,"
14 Amnicola Highway, are there differences in, like, lost
15 evidence, found evidence? Do you designate evidence with
16 different titles when you check it to property?
17   A  Yes, sir.
18   Q  How do you make that determination?
19   A  Depends on what you're dealing with.
20   Q  So in this case if we have a gun -- I'm not
21 talking about the holster -- and edibles, the meth, and
22 then this powder I think you referred to.
23   A  Uh-huh.
24   Q  How do you designate each of those items?
25   A  They have sections on the actual sheet where you

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

1  could check a box.
2  Q  All right.  And all these items, are they packaged
3  together or separately?
4  A  Separately.
5  Q  And whose responsibility is that?
6  A  My responsibility.
7  Q  Your responsibility.
8  A  Whichever officer is turning it in to property.
9  Q  All right.  And do you sign forms and things of
10  that nature?
11  A  Correct.
12  Q  And you did that in this particular case?
13  A  Yes, sir.
14       MR. PINKSTON: I'd like -- as a late-filed
15  exhibit, I'd like to make the property sheet that's
16  relevant to this case as late-filed Exhibit Number 19.
17       (Exhibit 19, late filed, will be property
18       sheet.)
19  BY MR. PINKSTON:
20  Q  And if you recall, you signed documents.  Then
21  what do you do, hand the evidence over?
22  A  And I do apologize for saying this, but due to the
23  fact it was two years ago, processes have changed.
24  Q  Okay.
25  A  Back then I think we would have a clerk and we

1  would turn it over to the clerk.  I'm not sure.  I can't
2  remember when we transitioned to lockers.  Either I
3  turned it in to a clerk or I turned it in to a secured
4  locker.
5  Q  All right.  Briefly about those two processes,
6  when you say a clerk, you mean there's some human being
7  at the property division?
8  A  Yes, sir.
9  Q  That you turn the evidence in to?
10  A  Yes, sir.
11  Q  And then they -- you and they sign forms, things
12  of that nature?
13  A  Yes, sir.
14  Q  Do you have anything to do with the evidence once
15  it's left there?
16  A  No, sir.
17  Q  All right.  And that would either be through a
18  clerk -- now, is that a civilian CPD employee or a sworn
19  officer?  Or do you know?
20  A  To be honest, I believe it may be both.
21  Q  All right.  So your recollection is you turned all
22  that property in?
23  A  Yes, sir.
24  Q  And then -- do you do that before or after you
25  take Ms. Harris to the jail?

1  A  I believe after.
2  Q  After.  Okay.  And when -- referring to Exhibit
3  18, you swore to this affidavit where?  Where did you go
4  to get the arrest warrant?
5  A  The jail.
6  Q  All right.  And you got a warrant for Ms. Harris;
7  is that correct?
8  A  Correct.
9  Q  And what did you -- how did you leave Mr. Shipley
10  when the traffic stop ended?
11  A  I'm sorry, can you repeat your question?
12  Q  As the traffic stop ends, you transport her to
13  Hamilton County jail, detention center, otherwise known
14  as Silverdale; is that correct?
15  A  Correct.
16  Q  How do you depart from Mr. Shipley?
17  A  I issued him a misdemeanor citation.
18  Q  For what?
19  A  Unlawful possession.
20  Q  Do you have a copy of that by chance?
21  A  No, sir.
22  Q  Do you know anybody that would?
23  A  No, sir.  Mr. Shipley.  He should have a copy.
24  Q  It comes in triplicate, though, does it not?
25  Citations?

1  A  I believe so.
2  Q  There's a top sheet, I think a yellow and a pink?
3  A  Yes, sir.
4  Q  All right.  And I think on this particular
5  citation there was something mentioned like unlawful
6  POSS?  Remember that?
7  A  Short for possession.
8  Q  And you're referring to a firearm?
9  A  Yes, sir.
10  Q  What did you do with the citation?
11  A  Typically I would let them choose a date that they
12  want to turn themself in, and I would turn that citation
13  in two weeks prior to that actual deadline.
14       And when you asked me specifically what did I do
15  with the citation, being honest I do not know.  I believe
16  I lost the citation.
17  Q  Other than Serret, Officer Thomas, and I think you
18  said the K-9 officer, and I forget the name.
19  A  Holmes.
20  Q  Holmes.  Anybody else present?
21  A  No, sir.
22  Q  If he had a concealed carry permit, why was a
23  decision made to seize the firearm?
24  A  Because he was in possession of what he claimed to
25  be CBD and I wasn't sure if he had taken any or not.

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

1  Q   There was no other reason other than the CPD
2  [sic], presence of CPD [sic]?
3  A   Correct.
4  Q   Do you have any more conversations with
5  Mr. Shipley?
6  A   You mean after?
7  Q   After, you know -- it kind of sounds like to me
8  you make the initial stop, but then others seem to be
9  more involved talking to him than you were.
10  A   Mr. Shipley kind of spoke with all of us.
11  Q   All right.  You issue him a citation?
12  A   Uh-huh.
13  Q   Does he drive that vehicle from the scene?
14  A   I have no clue.  I pulled off and I don't remember
15  seeing him drive off.
16  Q   All right.  Do you have any idea why he wasn't
17  cited for the window tint?
18  A   I have no clue.  I probably forgot.
19  Q   Do you remember if that was something you would
20  have discussed with your fellow officers, or that just
21  would've been your decision?
22  A   Most likely probably my decision.
23  Q   All right.  And when you give him a citation he
24  has to sign it; is that correct?
25  A   Correct.

1  Q   And you explain the future steps that are going to
2  happen --
3  A   Correct.
4  Q   -- with the issuance of the citation.  Okay.
5      Is there any reason, as it's ending -- obviously
6  you didn't take him to jail.
7  A   Correct.
8  Q   I guess he's free to leave?
9  A   Yes, sir.
10  Q   Why doesn't he -- why don't you give him his
11  weapon back?
12  A   Because I wasn't sure if he had actually partaken
13  in his -- what he claimed at the time was CBD.
14  Q   All right.  And so I guess you're concerned about
15  his mental faculties?  What are you concerned about?
16  A   Him being under the influence of what he claimed
17  was CBD or...
18  Q   All right.  But despite that, he was allowed to
19  leave the scene?
20  A   Correct.
21  Q   Do you know if you or anybody -- are you familiar
22  with the term field sobriety tests?
23  A   Yes, sir.
24  Q   Do you know if you or any of the others present
25  performed any field sobriety test on Mr. Shipley?

1  A   No.
2  Q   And then, do you know in this particular instance
3  if any of the other officers who were present turned any
4  property in to CPD's property division?
5  A   No, sir.
6  Q   Okay.  How did you and your fellow officers gain
7  access to the trunk?
8  A   I'm sure we opened it.  I'm not sure how.  I'm
9  sure the video will reflect that.
10  Q   And do you recall a backpack?
11  A   No, sir.
12  Q   And where were these -- if you recall, where were
13  these edibles located?
14  A   I don't -- once again, I don't remember
15  specifically, due to it being so long ago, but I'm sure
16  we could review the video footage.
17  Q   I'm not asking for an exact number.  I'm not going
18  to be that difficult.  But in your time as a solo
19  officer, have you made stops due to the odor of some
20  illegal substance?
21  A   Yes, sir.
22  Q   Is that a common occurrence?
23  A   To...
24  Q   Or does it just depend on what you deal with on
25  that particular --

1  A   Hold on.  Can you repeat your question one more
2  time?
3  Q   In your time as an officer, you pull people over
4  for the odor of marijuana or some illegal substance; is
5  that correct?
6  A   No, I don't -- I'm not able to pull people over
7  for the smell.  Are you referring to, like, after the
8  traffic stop?
9  Q   Hang on a second.  Yeah, we'll get there in just a
10  second.  I want to follow up on what you just said.  You
11  don't pull people over for the smell of marijuana?
12  A   Correct.  Because you have to smell it before
13  you -- so it sounds like you're saying I pull people over
14  because I smell marijuana.
15  Q   I'm sorry.  Here's the question.  In your time as
16  a solo patrol officer, not with FTO, have you initiated
17  traffic stops based on what you thought or perceived was
18  the smell of an illegal substance?
19  A   Maybe a couple times.  But you have to really
20  determine if that smell is coming from that vehicle
21  before you stop that vehicle.
22  Q   All right.  But that's not why you stopped him on
23  this particular day?
24  A   Correct.
25  Q   Do you have an approximate idea of how many times

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

1  you've stopped people for that illegal odor or smell?
2  A  It's rare, because usually you can't smell
3  marijuana as you're driving.
4  Q  You can't smell marijuana -- now, let's talk about
5  that just a second.  You can't smell marijuana while
6  driving.  Do you mean while you're driving and, for
7  instance, Shipley's driving?  What do you mean by that?
8  A  Usually when people are driving, their windows are
9  up.  So it's hard to smell an odor coming from a vehicle
10  when your windows are up.
11      MR. PINKSTON: Give me just a minute.
12      MS. VARNELL: Can we take a few minutes?
13      MR. PINKSTON: Sure.
14      (Recess from 10:09 to 10:17.)
15  BY MR. PINKSTON:
16  Q  Officer Bryant, I think I have one more question
17  for you.
18      And I'm referring to, for your purposes, Exhibit
19  18, the arrest affidavit, page 2 in the narrative.
20  A  Uh-huh.
21  Q  And it says, "All evidence was transported to the
22  Chattanooga property division."  Correct?
23  A  Correct.
24  Q  Now, I want to make sure.  Does that include all
25  of what we've discussed: the gun, the edibles, and

1  whatever Ms. Harris had?
2  A  Correct.
3  Q  That's what -- when you say "all evidence," you
4  mean everything taken by either you or a fellow officer
5  on that particular stop was turned in to property?
6  A  No.  Everything that was taken by me.  I can only
7  speak for myself.
8  Q  And I'm not trying to be redundant.  Taken by you
9  was the firearm?
10  A  Correct.
11  Q  Anything else?
12  A  What do you mean?  Anything else taken?
13  Q  Did you take control of anything else and turn it
14  in to evidence?
15  A  Pretty much whatever I stated earlier is all I
16  had.
17  Q  So that would include the edibles and the
18  diamonds?
19  A  Uh-huh.
20  Q  Okay.  So the gun and the edibles and the diamonds
21  is what you recall?
22  A  Uh-huh.
23  Q  And I guess the suspected crystal meth that
24  Ms. Harris had?
25  A  Correct.

1  Q  All right.  And I think you mentioned earlier, all
2  that would've been bagged individually?
3  A  Correct.
4  Q  Since the time of this traffic stop up and to
5  present, have you had any opportunity to check with the
6  property division to see if it reflects what you turned
7  in?
8  A  Yes, I've had the opportunity.
9  Q  And what did you find?
10  A  I didn't go check.
11  Q  Other than us chatting today in this particular
12  traffic stop, have you had any other dealings with
13  Mr. Shipley in this particular case?
14  A  No, sir.
15  Q  All right.  The property sheet that you signed.
16  Any other documents at the property division that you
17  would've signed?
18  A  Maybe a gun form.
19  Q  A gun form?
20  A  And possibly a TBI request form.
21  Q  All right.  Let's start with the gun form.  I
22  think I know what you're talking about.  When you say gun
23  form, what do you mean?
24  A  Property has their own form where you fill out
25  basically, like, the general makeup of the gun.

1  Q  Serial number, things of that nature, type?
2  A  Yes, sir.
3  Q  General info?
4  A  Yes, sir.
5  Q  And what is -- once that form is completed, what's
6  the purpose of the form?  It's not just to take down
7  information, is it?
8  A  No, sir.  I guess it's to make sure that your
9  property matches what the form says.
10  Q  All right.  Do you -- just you, do you make any
11  investigation whether, when you fill out this gun form,
12  if it's a stolen firearm, illegal firearm?  Do you make
13  any of those determinations?
14  A  Yes, sir.
15  Q  How do you do that?
16  A  I would take the gun and run -- I would say the
17  serial number over Info channel, NCIC, and they would
18  clarify if it's stolen or not.
19  Q  So is that kind of like you calling in to
20  dispatch?
21  A  Correct.
22  Q  And you just read off the serial number?
23  A  Correct.
24  Q  And in this case you did that?
25  A  Yes, sir.  Well, specifically I didn't do it but

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

1 it was done that night.
2 Q Do you remember who did it?
3 A I believe Serret did it.
4 Q Were you ever made aware of what we'll call the
5 status of that firearm once it was checked?
6 A Correct.
7 Q And that status was what?
8 A The term we would use, we would say "negative
9 stolen."
10 Q Hang on a second. Negative stolen. Now, is that
11 something you learned in the academy, or is that just
12 something through your experience that you and fellow
13 officers call it?
14 A Just something you learn through experience.
15 Q And when you say "negative stolen," negative
16 refers to no?
17 A Correct.
18 Q Essentially no, not stolen?
19 A Yes, sir.
20 Q And I imagine you run that and it goes through any
21 number of databases to help you make that determination?
22 A Correct.
23 Q All right. So then you arrest her, Mr. Shipley's
24 on his way. And as to this stop, you're essentially
25 finished?

1 A Correct.
2 Q And you don't perform any other duties or details?
3 A Correct.
4 Q Do you have any -- if so, did you -- any reason in
5 the future, from the arrest to present, did you have
6 reason to talk to the other officers about this
7 particular case?
8 A I do apologize. Can you --
9 Q Sure. The arrest was on December 18, 2022?
10 A Uh-huh.
11 Q Other than that night in question, have you and
12 the other officers met to do any further investigation or
13 discuss this case?
14 A Correct.
15 Q You have?
16 A Yes, sir.
17 Q And what was nature of that investigation or those
18 discussions?
19 A Finding out that we were all in a lawsuit.
20 Q All right. But other than that, you've not met or
21 discussed anything?
22 A Not, not as one.
23 Q Individually? Who did you speak to individually?
24 A Mr. Tidwell.
25 Q I can't get into that.

1 As far as -- and my apology. Officers. Did you
2 talk to Officer Thomas or Serret about this, other than
3 the lawsuit?
4 A I don't believe so.
5 MR. PINKSTON: I'll pass the witness.
6 EXAMINATION
7 BY MR. YANEZ:
8 Q Officer Bryant, my name is Zack Yanez, and I
9 represent the City of Chattanooga. Just some follow-up
10 questions to things that were covered prior by Mr. Neal.
11 Help me understand. So you have a classroom
12 component to your training; is that right?
13 A Correct.
14 Q Okay. And there's an FTO component to your
15 training?
16 A Correct.
17 Q Okay. Do both those things work together to train
18 you, in terms of not only having textbook knowledge but
19 also having in-field experience?
20 A Yes.
21 Q Okay. I want to talk about your experience as an
22 FTO. And remind me what that means again.
23 A So --
24 Q Sorry. The FTO is the one training you.
25 A That's correct.

1 Q What would you be called at that point?
2 A A probationary officer.
3 Q Okay. So I want to talk about your time as a
4 probationary officer. How long does that last?
5 A It should typically take four months.
6 Q During that time, you mentioned that you would
7 do -- you would be riding along with an FTO who's a more
8 senior officer?
9 A Correct.
10 Q Okay. During that time, would that FTO be
11 exposing you to the smell of, for instance, marijuana?
12 A Correct.
13 Q If you had to estimate, how many times were you
14 exposed to the smell of marijuana during your FTO phase?
15 A I know at least once a day.
16 Q Okay. So, pretty familiar?
17 A Yes, sir.
18 Q As you sit here today, would you state that your
19 experience has made you very familiar with the smell of
20 marijuana?
21 A Correct.
22 Q Okay. And I have some more questions about
23 marijuana/cannabis, but -- actually let's just do it
24 here.
25 In the academy -- and this is just for my own

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

Page 66

1 understanding. When you're in the academy, that's when
2 you were talking about it's like a classroom component?
3 A Uh-huh.
4 Q And -- sorry, I need an audible answer.
5 A Yes, sir.
6 Q Do you recall if anyone from narcotics, during the
7 academy, familiarizes you with and/or exposes you to the
8 smell of marijuana or things that may smell similar to
9 marijuana?
10 A Specifically not a narcotics officer, but we were
11 given the opportunity to go to property and we were
12 exposed to the smell and visuals of what different kinds
13 of marijuana look like.
14 Q Okay. So during your training at the academy, you
15 went to the property room, which does smell like
16 marijuana?
17 A Yes, sir.
18 Q And there you were taught, hey, this is what
19 marijuana smells like?
20 A Correct.
21 Q Okay. And just so I understand, not only were you
22 exposed to the smell of marijuana at the academy and the
23 property room, but then as an FTO you had significant
24 experience with detecting the smell of marijuana?
25 A Correct.

Page 67

1 Q And by the time that you pull over Mr. Shipley,
2 that's already, I think about five years into your career
3 as a police officer?
4 A Correct.
5 Q Okay. Would you estimate that you had substantial
6 amount of exposure to the smell and detection of
7 marijuana and/or cannabis?
8 A Yes, sir.
9 Q Are you able to distinguish the smell between
10 marijuana or -- marijuana, the illegal substance, or, for
11 instance, CBD, which is legal, based on your smell alone?
12 A No, sir.
13 Q Okay. Are you aware if there's any training that
14 could be given that would just automatically give you the
15 ability to distinguish the two?
16 A No, sir.
17 Q Are you aware of any test that you can perform out
18 in the field that would distinguish between, let's say
19 legal CBD and illegal marijuana?
20 A No, sir.
21 Q Let's talk about the window tinting. I'm going to
22 hand you a document.
23 MR. YANEZ: And it's just the TCA, Neal.
24 It's 55-9-107.
25 Q If you can just look over it real quick and let me

Page 68

1 know if you recognize it, what this document is.
2 A Yes, sir.
3 Q Okay. Is this the statute regarding the laws as
4 it relates to tinted motor vehicle windows?
5 A Yes, sir.
6 Q And it's 55-9-107; is that correct?
7 A Correct.
8 Q Okay. Prior to stopping Mr. Shipley, were you
9 familiar with this law?
10 A Yes, sir.
11 Q And I'm going to read where it says, subsection
12 (a)(1)(A). It says, "Has a visible light transmittance
13 of less than 35 percent."
14 Is that the law that you were enforcing when you
15 pulled Mr. Shipley over?
16 A Correct.
17 Q I want to talk about that. Obviously you can't
18 test his window from your car; is that correct?
19 A Correct.
20 Q Okay. So you're relying on your ability to
21 observe into the vehicle; is that right?
22 A Correct.
23 Q Okay. Talk to me about how visible into the
24 vehicle -- were you able to look into the vehicle from
25 your vantage point in your police car?

Page 69

1 A No, sir.
2 Q Was it very difficult?
3 A Yes, sir.
4 Q Okay. Based on it being very difficult, did that
5 provide you with a basis or reasonable suspicion that,
6 hey, maybe these window tints are too dark?
7 A Yes, sir.
8 MR. YANEZ: I'd like to make TCA 55-9-107 the
9 next exhibit.
10 (Exhibit 20 was marked.)
11 BY MR. YANEZ:
12 Q Now, we talked about you enforcing 55-9-107. And
13 your basis for that was, when you observed the vehicle it
14 was just the window tint seemed too dark, correct?
15 A Correct.
16 Q So you finally do pull over Mr. Shipley; is that
17 correct?
18 A Correct.
19 Q And you actually go above and beyond. You have a
20 window tint reader; is that right?
21 A Yes, sir.
22 Q Okay. Did you do a window tint reader test on
23 Mr. Shipley's vehicle?
24 A Yes, sir.
25 Q Okay. And did that confirm your reasonable

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

Page 70

1  suspicion that that window tint was too dark?
2  A  Yes, sir.
3  Q  Okay.  If I represent to you that it was about 29
4  percent, does that seem accurate?
5  A  Yes, sir.
6  Q  Okay.  So that would be six percent below the
7  legal amount allowed?
8  A  Correct.
9  Q  And that's pursuant to 55-9-107?
10  A  Yes, sir.
11  Q  As an FTO, did you have any experience with
12  windows that perhaps were too tinted?
13  A  As a PO.
14  Q  As a PO.
15  A  Yes, sir.
16  Q  Sorry.  As a PO you did?
17  A  Yes, sir.
18  Q  Okay.  How many times would you say you'd
19  estimate?
20  A  I would say maybe 10 cars a day.
21  Q  Okay.  So it's pretty often that you see windows
22  that are too dark or tinted too dark in Chattanooga?
23  A  Yes, sir.
24  Q  Okay.  And that experience has kind of informed
25  your basis and your eye for what may be too dark or what

Page 71

1  may comply with the law?
2  A  Yes, sir.
3  Q  And again, by the time Mr. Shipley is pulled over
4  you've been an officer patrolling for about five years?
5  A  Yes, sir.
6  Q  And so you used your five years of experience to
7  identify whether this was reasonably suspicious as not to
8  comply with the law regarding window tints?
9  A  Correct.
10  Q  Okay.  We talked about marijuana but I want to
11  close up this loop.  39-17-418, that's the TCA.  I'm
12  handing it to you.  Are you familiar with that?
13  A  Yes, sir.
14      MR. YANEZ: Do you need a copy?  39-17-418.
15  It's the simple possession.
16      MR. PINKSTON: Okay.
17  BY MR. YANEZ:
18  Q  Are you familiar with this law --
19  A  Yes, sir.
20  Q  -- regarding simple possession?
21  A  Yes, sir.
22  Q  Okay.  As far as you know, marijuana is still
23  illegal in the state of Tennessee, correct?
24  A  Yes, sir.
25  Q  Okay.  And so as a part of your job, law

Page 72

1  enforcement, you're still enforcing that law?
2  A  Correct.
3  Q  Okay.  And again we talked about this, but you're
4  enforcing that law, especially in this given
5  circumstance, based on your prior experience of smelling
6  marijuana?
7  A  Yes, sir.
8  Q  And I want to clarify some points that you
9  mentioned while Mr. Neal -- Mr. Pinkston was asking you
10  questions.  You said you initially approached Mr. Shipley
11  and you initially did smell some marijuana.
12  A  Correct.
13  Q  But then it sounded like some other
14  substance was emitted that was trying to cover that
15  smell?
16  A  Correct.
17  Q  Okay.  Would it be appropriate to state the word
18  "mask" the smell of marijuana?
19  A  Yes, sir.
20  Q  Okay.  So, as you sit here today, you were able to
21  identify some smell of marijuana emitting from the
22  vehicle?
23  A  Correct.
24  Q  Okay.  Are you aware if the other officers or if
25  another officer also confirmed that initial suspicion

Page 73

1  that you smelled marijuana?
2  A  Correct.
3  Q  Okay.  And as we talked about earlier, when you're
4  out there you cannot distinguish between legal hemp and
5  illegal marijuana?
6  A  Correct.
7  Q  Mr. Pinkston asked you some questions regarding
8  the gun and seizing it.
9  A  Correct.
10  Q  So I understand, when you are -- when you take
11  away the gun, part of your thought process is this person
12  may have gummies in the car, correct?
13  A  Correct.
14  Q  Which could be marijuana --
15  A  Correct.
16  Q  -- based on the smell that you and other officers
17  identified.
18  A  Correct.
19  Q  Do you recall if they also seized some, like,
20  cartridges, some potential cartridges?
21  A  Yes, sir.
22  Q  Okay.  So you had seen some packaged cartridges in
23  the vehicle?
24  A  Correct.
25  Q  Okay.  And you mentioned some other powder?

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

1  A  Correct.
2  Q  Okay.  So when you seize [sic] the vehicle, you
3  believe -- or it is possible -- or probable that there is
4  marijuana contents in the vehicle --
5  A  Correct.
6  Q  -- with Mr. Shipley?
7  A  Correct.
8  Q  Okay.  Are you aware of any custom that you
9  violated during your stop and seizure of Mr. Shipley and
10 his items?
11 A  No, sir.
12 Q  Are you aware of any policies that you violated
13 during your stop and seizure of Mr. Shipley and his
14 items?
15 A  No, sir.
16 Q  Are you aware of any practices that you violated
17 in your stop and seizure of Mr. Shipley and his items?
18 A  No, sir.
19    MR. YANEZ: Those are my questions.
20    THE REPORTER: Did you want to mark that?
21    MR. YANEZ: Yes.  I'd like to make this --
22 whatever the next exhibit is.
23    (Exhibit 21 was marked.)
24    MR. TIDWELL: For the record, I don't have
25 any questions of my client.

1     Anybody else?
2     MS. VARNELL: Neither do I.
3     MR. PINKSTON: I've just got two or three.
4        RE-EXAMINATION
5  BY MR. PINKSTON:
6  Q  Officer Bryant, quickly, sir, this traffic stop
7  was daytime or nighttime?
8  A  I believe nighttime.
9  Q  And how would you describe the visibility when it
10 occurred, the traffic stop?
11 A  You can tell somebody was om the vehicle but you
12 can't make out, like, facial features.
13 Q  Could you tell there were two people in the
14 vehicle?
15 A  No, sir.
16 Q  Just the driver?
17 A  Yes, sir.
18 Q  Now, Holmes came out with the K-9?
19 A  Correct.
20 Q  And what did he do with the K-9, that you
21 observed?
22 A  He had his dog observe the vehicle, the exterior
23 of the vehicle.
24 Q  Did he communicate to you what he thought the dog
25 found or didn't find?

1  A  Correct.
2  Q  Which was what?
3  A  Nothing.
4  Q  All right.  Did that impact your investigation
5  further when he said that there was nothing, meaning no
6  illegal substance detected by the dog?  Is that what that
7  means?
8  A  Other than marijuana.
9     MR. YANEZ: Objection.  I'm going to object
10 to form.
11 A  And what I mean by that is the dog is not trained
12 to smell for the odor of marijuana.
13 Q  The dog is not trained for that?
14 A  Correct.
15 Q  And logically from that, is the dog trained to the
16 detection of hemp?
17 A  No.
18 Q  And lastly, sir, there was -- in fairness, Exhibit
19 20 was this tinted window statute.  You saw that a minute
20 ago, didn't you?
21 A  Uh-huh.
22 Q  You got it in front of you?
23 A  I believe so.
24 Q  Subsection E.  It's on page 2 of this document.
25 If you could read that for me.

1  A  Are you referring to me?
2  Q  Yes, sir.
3  A  "The commissioner of safety shall" --
4  Q  I'm sorry.  Read it to yourself.
5  A  Oh, okay.  I'm sorry.
6  Q  That's fine.
7  A  (Reviewing document.)
8  Q  Have you had a chance to read that?
9  A  Yes, sir.
10 Q  Are you -- have you been advised -- I'm not
11 talking about anybody else, just you, either through the
12 academy, FTO training, on your own, have you ever been
13 advised of any standardized method or procedures as
14 dictated in this statute?  Has anyone, like, in the
15 department said the commissioner of safety says these are
16 the standards we've got to follow?
17 A  I'm having trouble understanding what you're
18 asking.
19 Q  Would you agree that subsection E says "The
20 commissioner of safety shall establish a standardized
21 method and procedure ... with reasonable accuracy..."
22 Goes on and on.
23    Has anybody in the department, through your time
24 there, even as a cadet, informed you what those methods
25 and tests and accuracy might be, as it's listed here in

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

Page 78

1  subsection E?
2          MR. YANEZ: Objection to form.
3  A   No, sir.
4          MR. PINKSTON: That'd be all.
5          (Signature waived.)
6          DEPOSITION CONCLUDED AT 10:39 A.M.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 79

1          REPORTER'S CERTIFICATE
2  STATE OF TENNESSEE:
3  COUNTY OF HAMILTON:
4          I, Sheila D. Wilson, Licensed Court Reporter
   #268 and Notary Public, in and for the State of
5  Tennessee, do hereby certify that the deposition of
   OFFICER DARNELL BRYANT was reported by me, and that the
6  foregoing 78 pages of the transcript is a true and
   accurate record to the best of my knowledge, skills, and
7  ability.
           I further certify that I am not related to
8  nor an employee of counsel or any of the parties to the
   action, nor am I in any way financially interested in the
9  outcome of this case.
           I further certify that I am duly licensed by
10 the Tennessee Board of Court Reporting, as evidenced by
   the LCR number and expiration date following my name
11 below.
           In witness whereof, I have hereunto set my
12 hand this 13th day of November 2024.
13
14
15
16
17
18
19 Sheila D. Wilson, LCR #268
20 Expiration date: 6/30/2026.
   Notary Public Commission
21 Expires: 1/17/2027.
22
23
24
25

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

**#**

**#268 (1)**
5:6

**[**

**[sic] (8)**
39:18;44:18,20;45:2;
46:13;54:2,2;74:2

**A**

**a1A (1)**
68:12
**ability (4)**
19:22;67:15;68:20;
79:7
**able (6)**
25:1;29:20;57:6;
67:9;68:24;72:20
**above (1)**
69:19
**Absolutely (1)**
44:23
**academy (31)**
9:5,6,12,15,22;11:8,
11,22;12:3,11;13:18;
16:23;17:1;18:3,6,8,19,
22;20:19;21:1,8;28:6;
41:6;47:1;62:11;65:25;
66:1,7,14,22;77:12
**accepted (1)**
9:8
**access (1)**
56:7
**according (2)**
44:17;45:1
**accuracy (2)**
77:21,25
**accurate (4)**
38:16;43:14,23;70:4
**actual (4)**
22:19;31:12;49:25;
53:13
**actually (3)**
55:12;65:23;69:19
**Adam (2)**
12:25;13:2
**advised (3)**
47:3;77:10,13
**affidavit (9)**
17:6;26:10;28:16;
29:14;44:17,20;45:1;
52:3;58:19
**again (4)**
56:14;64:22;71:3;
72:3
**Agency (6)**
4:8,9,11,13,16,18
**agent (1)**
33:21

**ago (6)**
27:17;34:8,8;50:23;
56:15;76:20
**agree (1)**
77:19
**ahead (4)**
29:3;34:17;39:21;
42:19
**aid (1)**
10:10
**alleged (1)**
44:5
**allowed (2)**
55:18;70:7
**allows (1)**
24:21
**alone (2)**
42:18;67:11
**along (1)**
65:7
**always (3)**
11:4;12:24;38:12
**Amazon (5)**
8:8,9,12;9:3;12:11
**Amnicola (2)**
49:12,14
**amount (2)**
67:6;70:7
**and/or (2)**
66:7;67:7
**anymore (1)**
36:8
**apologize (2)**
50:22;63:8
**apology (1)**
64:1
**apparently (1)**
45:2
**appeared (1)**
24:20
**applied (2)**
9:4,6
**approach (5)**
17:13;25:7,17;30:4,7
**approached (1)**
72:10
**approaching (1)**
25:10
**appropriate (1)**
72:17
**approximate (2)**
24:22;57:25
**approximately (2)**
5:3;16:17
**area (1)**
13:6
**around (2)**
9:25;38:25
**arrest (3)**
15:10;28:15;29:3;
52:4;58:19;62:23;63:5,
9
**arrested (1)**

47:24
**Arrestee (1)**
37:15
**arresting (1)**
47:20
**arrive (4)**
31:15;33:2,6,11
**arrives (1)**
32:15
**Associates (1)**
5:4
**assume (4)**
9:21;14:16;16:9;
48:14
**assuming (2)**
45:12;48:14
**attend (1)**
7:25
**attorney (1)**
6:17
**attorneys (1)**
6:11
**audible (1)**
66:4
**automatic (1)**
27:13
**automatically (1)**
67:14
**available (1)**
39:19
**Avenue (1)**
5:4
**aware (8)**
19:6;62:4;67:13,17;
72:24;74:8,12,16
**away (3)**
24:22;26:14;73:11

**B**

**back (8)**
14:15;17:5;25:22;
39:15;46:22;47:1;
50:25;55:11
**background (1)**
7:10
**backpack (1)**
56:10
**badge (1)**
30:12
**bag (1)**
46:2
**bagged (1)**
60:2
**Baker (1)**
13:1
**based (6)**
45:23;57:17;67:11;
69:4;72:5;73:16
**basic (1)**
6:14
**basically (3)**
10:14;19:11;60:25

**basis (3)**
69:5,13;70:25
**become (2)**
18:24;19:5
**beginning (1)**
5:3
**begins (1)**
42:22
**behalf (1)**
5:2
**behind (1)**
26:4
**below (2)**
70:6;79:11
**best (2)**
7:3;16:2
**better (1)**
15:4
**beyond (1)**
69:19
**biographical (2)**
23:13;28:25
**birth (2)**
7:7;29:18
**bit (3)**
7:12,17;26:9
**block (1)**
19:4
**blocks (1)**
26:14
**blue (2)**
31:23;33:20
**Board (2)**
4:4;79:10
**body (8)**
26:18,25;27:2;31:3;
39:2;41:16,19;44:14
**booked (1)**
48:5
**both (3)**
47:2;51:20;64:17
**bottom (1)**
28:22
**bought (2)**
21:20,22
**box (1)**
50:1
**Brainerd (3)**
7:14,15;9:1
**brand (1)**
27:17
**branded (2)**
45:24,24
**Breanna (1)**
37:15
**Briefly (1)**
51:5
**Broad (3)**
23:23,25;26:10
**broken (1)**
12:25
**BRYANT (6)**
5:1;6:1;7:6;58:16;

64:8;75:6
**Buckley (1)**
31:19
**Buckman (3)**
14:5,6,7
**building (1)**
24:14

**C**

**cadet (1)**
77:24
**cadets (2)**
10:2;47:2
**calibration (1)**
22:15
**call (6)**
10:20;11:5;16:3;
41:7;62:4,13
**called (4)**
6:2;10:13;33:7;65:1
**calling (1)**
61:19
**cam (9)**
26:16,18,25;27:2,11;
31:3;41:16,19;44:14
**came (3)**
18:22;39:24;75:18
**campus (1)**
13:5
**can (26)**
6:17;8:12,22;9:16;
17:4,17;18:14;19:3;
20:10;22:8,16;23:18;
24:22;31:3;32:3;37:1;
44:14,22;52:11;57:1;
58:12;59:6;63:8;67:17,
25;75:11
**cannabis (1)**
67:7
**capacity (1)**
10:16
**car (8)**
16:9;35:5;39:2;
40:13;43:7;68:18,25;
73:12
**career (3)**
15:22;25:18;67:2
**carry (3)**
36:3,8;53:22
**cars (1)**
70:20
**car's (1)**
16:11
**cartridges (3)**
73:20,20,22
**case (20)**
4:14,15,19;17:6,9;
21:11;33:21,21;42:12,
18;47:9,10;49:20;
50:12,16;60:13;61:24;
63:7,13;79:9
**cause (2)**

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

17:23,25
**CBD (9)**
45:12,17,25;48:14;
53:25;55:13,17;67:11,
19
**center (3)**
8:14;27:1;52:13
**certain (4)**
6:12;14:17;18:15;
21:5
**certificate (4)**
11:15,16,22;79:1
**certified (2)**
11:12;12:1
**certify (1)**
79:5
**chain (1)**
19:7
**chance (5)**
11:17;14:2;32:25;
52:20;77:8
**changed (4)**
27:17;40:3,5;50:23
**channel (2)**
32:4;61:17
**charge (4)**
4:18;33:16,17;47:15
**Charlie (1)**
13:1
**Chattanooga (6)**
5:5;13:4;18:23;
58:22;64:9;70:22
**Chattanooga's (1)**
49:5
**chatting (1)**
60:11
**check (5)**
22:18;49:16;50:1;
60:5,10
**checked (2)**
48:17;62:5
**chest (1)**
27:2
**chief (1)**
14:10
**choose (1)**
53:11
**Circle (3)**
23:23,25;26:12
**circular (1)**
44:16
**circumstance (1)**
72:5
**citation (10)**
44:2;52:17;53:5,10,
12,15,16;54:11,23;55:4
**Citations (1)**
52:25
**cited (1)**
54:17
**city (5)**
12:23,25;32:3;49:5;
64:9

**Civil (1)**
5:8
**civilian (2)**
10:15;51:18
**claimed (4)**
48:16;53:24;55:13,
16
**clarify (4)**
17:4;18:12;61:18;
72:8
**class (3)**
9:19,22;20:20
**classroom (2)**
64:11;66:2
**clean (1)**
6:17
**clear (1)**
8:12
**clerk (5)**
50:25;51:1,3,6,18
**client (1)**
74:25
**close (5)**
8:4,6;22:19;26:15;
71:11
**closed (1)**
39:15
**clue (4)**
31:13;46:16;54:14,
18
**Collect (2)**
15:14;47:20
**college (3)**
7:11,17;9:18
**coming (2)**
57:20;58:9
**command (1)**
19:7
**commissioner (3)**
77:3,15,20
**common (2)**
41:2;56:22
**communicate (1)**
75:24
**Complaint (2)**
28:16;29:14
**completed (1)**
61:5
**comply (2)**
71:1,8
**component (3)**
64:12,14;66:2
**Computer (2)**
8:3,4
**concealed (3)**
36:3,7;53:22
**concerned (2)**
55:14,15
**CONCLUDED (1)**
78:6
**conditioning (1)**
10:12
**confirm (1)**

69:25
**confirmed (1)**
72:25
**contact (5)**
23:20;30:8;31:24;
32:7;38:24
**contacted (1)**
4:9
**container (2)**
44:15,16
**contemplate (1)**
25:10
**contents (1)**
74:4
**continual (1)**
38:2
**continued (1)**
26:2
**contract (1)**
4:12
**contract/agreement (1)**
4:13
**contractor (1)**
4:7
**control (1)**
59:13
**conversation (5)**
29:23;30:14;36:21;
37:10;38:2
**conversations (1)**
54:4
**converse (1)**
42:8
**cooperative (1)**
37:5
**copies (1)**
17:7
**copy (7)**
11:17;12:1;17:7;
28:10;52:20,23;71:14
**counsel (2)**
4:15;79:8
**COUNTY (3)**
4:2;52:13;79:3
**couple (4)**
22:24;26:14;36:6;
57:19
**course (1)**
45:15
**Court (7)**
4:4,6,9;5:6;6:22;
79:4,10
**cover (2)**
4:16;72:14
**covered (1)**
64:10
**CPD (11)**
9:6;12:17;32:21,22;
44:18,20;45:2;46:13;
51:18;54:1,2
**CPD's (1)**
56:4
**created (1)**

28:18
**crystal (1)**
59:23
**custom (1)**
74:8
**customary (1)**
4:19

**D**

**daily (1)**
41:6
**dark (7)**
24:20;69:6,14;70:1,
22,22,25
**Darker (1)**
24:20
**DARNELL (3)**
5:1;6:1;7:6
**dash (2)**
26:16;27:10
**dashboard (3)**
27:23,25;28:1
**databases (1)**
62:21
**date (7)**
7:7;12:6,7;23:18;
29:18;53:11;79:20
**dates (1)**
23:17
**day (7)**
9:19;57:23;65:15;
70:20;79:12
**days (1)**
22:24
**daytime (1)**
75:7
**deadline (1)**
53:13
**deal (3)**
27:13;47:3;56:24
**dealing (3)**
18:10;23:6;49:19
**dealings (1)**
60:12
**dealt (1)**
22:6
**December (3)**
16:14;23:20;63:9
**decided (2)**
26:3,9
**decision (8)**
34:14;36:16;42:5,18;
45:23;53:23;54:21,22
**demeanor (1)**
37:2
**depart (1)**
52:16
**department (10)**
10:15;12:18;14:12;
19:5;21:25;22:2;23:1,
6;77:15,23
**departments (1)**

8:11
**depend (1)**
56:24
**depending (1)**
32:4
**depends (2)**
22:21;49:19
**deposition (8)**
4:10,11,17;5:1,7;
6:12;78:6;79:5
**describe (3)**
16:2;37:1;75:9
**designate (2)**
49:15,24
**despite (1)**
55:18
**detail (1)**
9:11
**details (1)**
63:2
**detect (1)**
41:7
**detected (1)**
76:6
**detecting (2)**
40:24;66:24
**detection (2)**
67:6;76:16
**detention (1)**
52:13
**determination (3)**
45:21;49:18;62:21
**determinations (1)**
61:13
**determine (5)**
23:2;33:15;43:17;
45:9;57:20
**determining (1)**
29:9
**device (3)**
21:19;22:12,22
**diamonds (6)**
45:2,18,21;46:14;
59:18,20
**dictated (1)**
77:14
**difference (1)**
17:19
**differences (2)**
18:20;49:14
**different (10)**
8:10;17:18;25:19;
27:18,21;32:12;34:15,
19;49:16;66:12
**differently (1)**
19:12
**difficult (4)**
24:25;56:18;69:2,4
**diploma (2)**
11:15,22
**directives (2)**
19:7;23:6
**directly (2)**

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

27:19,22
**disclosure (1)**
  4:5
**discount (1)**
  4:20
**Discovery (2)**
  8:18,19
**discuss (1)**
  63:13
**discussed (8)**
  5:9;18:2,20;19:18,
  20;54:20;58:25;63:21
**discussion (2)**
  18:9;34:4
**discussions (1)**
  63:18
**dispatch (1)**
  61:20
**dispensary (1)**
  38:6
**distinguish (5)**
  19:22;67:9,15,18;
  73:4
**distracting (1)**
  37:6
**district (3)**
  13:2,3,7
**districts (1)**
  13:1
**division (7)**
  48:23;49:5;51:7;
  56:4;58:22;60:6,16
**dock (1)**
  27:20
**docking (1)**
  27:23
**document (11)**
  12:2;28:7,10,25;
  37:13,14;44:24;67:22;
  68:1;76:24;77:7
**documents (2)**
  50:20;60:16
**dog (7)**
  32:15;75:22,24;76:6,
  11,13,15
**done (1)**
  62:1
**door (3)**
  24:10;39:13,15
**down (8)**
  6:22;17:21;29:13;
  37:4,14;39:5;40:7;61:6
**Downs (1)**
  14:15
**downtown (3)**
  13:5;16:20;19:4
**Drive (5)**
  8:18,19;26:2;54:13,
  15
**driver (2)**
  21:15;75:16
**driver's (4)**
  29:18;30:7,8;42:25

**driving (5)**
  58:3,6,6,7,8
**drug-related (1)**
  48:2
**due (5)**
  33:20;39:2;50:22;
  56:15,19
**duly (1)**
  6:3
**during (12)**
  10:6;15:7,20;36:4;
  44:4;65:6,10,14;66:6,
  14;74:9,13
**duties (3)**
  12:16;15:16;63:2

## E

**earlier (4)**
  42:4;59:15;60:1;
  73:3
**Ed (1)**
  14:7
**edibles (14)**
  44:18,21;45:2,11,18,
  22;48:15,20,24;49:21;
  56:13;58:25;59:17,20
**education (1)**
  7:9
**educational (1)**
  7:10
**effort (1)**
  39:14
**Either (10)**
  19:25;29:16,17;32:9;
  41:10;45:20;51:2,17;
  59:4;77:11
**Either/or (1)**
  43:20
**else (15)**
  34:21;38:22;39:7,9;
  40:4,13;41:8,13;46:17;
  53:20;59:11,12,13;
  75:1;77:11
**embarrass (1)**
  6:13
**Emergency (1)**
  10:9
**emitted (1)**
  72:14
**emitting (1)**
  72:21
**emphasis (1)**
  8:2
**employee (2)**
  51:18;79:8
**end (3)**
  10:22;24:17;46:4
**ended (1)**
  52:10
**ending (1)**
  55:5
**ends (1)**

52:12
**enforcement (2)**
  18:10;72:1
**enforcing (4)**
  68:14;69:12;72:1,4
**entering (1)**
  28:2;29:7
**entire (3)**
  29:12;38:4;41:23
**error (2)**
  31:7,12
**especially (1)**
  72:4
**essentially (9)**
  12:10;15:16;20:8;
  21:6;23:14;30:2;33:22;
  62:18,24
**establish (2)**
  17:23;77:20
**estimate (3)**
  65:13;67:5;70:19
**ethics (1)**
  10:20
**even (5)**
  18:8;23:4;36:7;
  39:23;77:24
**eventually (1)**
  34:11
**everywhere (1)**
  19:2
**evidence (15)**
  15:14;47:10,11,15,
  20,23;49:15,15,15;
  50:21;51:9,14;58:21;
  59:3,14
**Evidencecom (2)**
  27:7,9
**evidenced (1)**
  79:10
**evidencing (1)**
  12:3
**EVOC (1)**
  10:9
**exact (3)**
  12:7;31:4;56:17
**exactly (1)**
  9:25
**EXAMINATION (2)**
  6:5;64:6
**examined (1)**
  6:3
**example (2)**
  20:25;22:10
**Excuse (1)**
  10:9
**Exhibit (16)**
  11:23;12:2;28:4;
  29:3,4;44:18;50:15,16,
  17;52:2;58:18;69:9,10;
  74:22,23;76:18
**exit (2)**
  8:15,17
**expecting (1)**

10:4
**experience (15)**
  15:21;21:3,6;31:9;
  39:8;62:12,14;64:19,
  21;65:19;66:24;70:11,
  24;71:6;72:5
**experienced (1)**
  20:23
**Expiration (1)**
  79:20
**Expires (1)**
  79:21
**explain (4)**
  9:16;12:22;40:10;
  55:1
**exposed (3)**
  65:14;66:12,22
**exposes (1)**
  66:7
**exposing (1)**
  65:11
**exposure (1)**
  67:6
**extended (1)**
  13:15
**exterior (1)**
  75:22
**extra (1)**
  39:14
**extremely (1)**
  34:16
**eye (1)**
  70:25

## F

**facial (1)**
  75:12
**fact (3)**
  33:20;45:23;50:23
**faculties (1)**
  55:15
**fair (6)**
  15:24;18:15;28:20,
  24;35:7;38:13
**fairly (2)**
  39:8;40:15
**fairness (1)**
  76:18
**familiar (7)**
  20:5;55:21;65:16,19;
  68:9;71:12,18
**familiarizes (1)**
  66:7
**far (7)**
  12:16;20:5;24:22;
  26:1;27:16;64:1;71:22
**fast (1)**
  6:18
**favoring (1)**
  39:1
**features (1)**
  75:12

**February (2)**
  12:7,8
**Federal (1)**
  5:8
**feel (3)**
  34:16,20;36:24
**fellow (6)**
  45:20;47:13;54:20;
  56:6;59:4;62:12
**felt (1)**
  40:15
**female (2)**
  37:11;38:2
**few (2)**
  34:7;58:12
**field (7)**
  13:12,13,25;45:8;
  55:22,25;67:18
**filed (3)**
  11:23;12:2;50:17
**fill (2)**
  60:24;61:11
**finally (1)**
  69:16
**financial (1)**
  4:20
**find (5)**
  19:3;43:22;48:24;
  60:9;75:25
**Finding (1)**
  63:19
**fine (2)**
  23:19;77:6
**finished (1)**
  62:25
**firearm (18)**
  34:25;35:1,11,16,21;
  36:8,18,19;38:1,1;
  46:5;48:15;53:8,23;
  59:9;61:12,12;62:5
**firearms (1)**
  10:11
**first (20)**
  6:3;9:11;10:10;
  12:16;13:10,25;14:2;
  16:24;23:10,11,14,24;
  24:3;26:13;27:18;
  31:22;32:9;34:21;
  35:16;38:24
**Five (6)**
  8:21;20:9;37:14;
  67:2;71:4,6
**focus (1)**
  23:9
**focused (1)**
  23:14
**follow (2)**
  57:10;77:16
**followed (1)**
  26:9
**following (2)**
  4:4;26:16
**follows (1)**

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

6:4
**follow-up (1)**
    64:9
**footage (2)**
    41:20;56:16
**foregoing (1)**
    79:6
**forget (1)**
    53:18
**forgot (3)**
    21:20,23;54:18
**forks (1)**
    22:7
**form (21)**
    6:16;17:16;19:10,13;
    28:18;40:25;47:6;49:1,
    2;60:18,19,20,21,23,
    24;61:5,6,9,11;76:10;
    78:2
**forms (2)**
    50:9;51:11
**found (6)**
    44:4,15;45:7;46:3;
    49:15;75:25
**Four (10)**
    8:1,2,21;11:10;
    13:14;16:4;23:12;
    28:12;33:13;65:5
**free (1)**
    55:8
**fresh (3)**
    39:8;40:9,15
**front (5)**
    20:10,14,16;24:10;
    76:22
**FTO (21)**
    13:25;14:5,21;15:5,
    7;16:1,4,16;21:5;41:6;
    47:2;57:16;64:14,22,
    24;65:7,10,14;66:23;
    70:11;77:12
**Fulfillment (1)**
    8:14
**further (3)**
    13:15;63:12;76:5
**future (2)**
    55:1;63:5

## G

**gain (1)**
    56:6
**gas (2)**
    24:5,8
**gate (1)**
    39:17
**general (2)**
    60:25;61:3
**generally (1)**
    9:14
**generations (1)**
    27:17
**generic (1)**

25:15
**given (4)**
    4:20;66:11;67:14;
    72:4
**glance (1)**
    17:8
**glass (2)**
    22:17,20
**goes (5)**
    12:17;27:9;49:9;
    62:20;77:22
**Good (2)**
    6:7,8
**Gotcha (1)**
    29:16
**grade (1)**
    10:23
**graduate (8)**
    7:23;11:1,11,14;
    12:5,15,15;13:13;16:1
**graduated (4)**
    7:11;10:1;14:20;
    15:5
**graduating (1)**
    8:5
**graduation (3)**
    11:22;12:3;16:3
**great (1)**
    9:11
**guess (26)**
    9:18;10:11,20;11:22;
    13:16;14:20;15:4,20;
    16:3,3;18:15,24;21:4;
    22:3,16,21;24:9;27:4;
    29:22;30:9;32:23;
    33:23;55:8,14;59:23;
    61:8
**gummies (3)**
    45:7;46:13;73:12
**gun (15)**
    14:6;36:10,12;49:20;
    58:25;59:20;60:18,19,
    21,22,25;61:11,16;
    73:8,11
**guns (1)**
    22:9

## H

**half (4)**
    28:24;29:11,12,14
**HAMILTON (3)**
    4:2;52:13;79:3
**hand (4)**
    43:11;50:21;67:22;
    79:12
**handing (1)**
    71:12
**Hang (2)**
    57:9;62:10
**happen (2)**
    27:15;55:2
**happened (2)**

16:14;46:9
**hard (2)**
    39:3;58:9
**Harris (7)**
    37:15;42:16;47:24;
    51:25;52:6;59:1,24
**HCSO (1)**
    32:21
**head (2)**
    6:23,23
**health (1)**
    10:12
**heard (2)**
    32:3,5
**help (2)**
    62:21;64:11
**hemp (14)**
    18:9,20,23;19:3,8,11,
    23;38:5,6;39:24;46:20;
    48:15;73:4;76:16
**hereby (1)**
    79:5
**Here's (1)**
    57:15
**hey (2)**
    66:18;69:6
**high (3)**
    7:11,13,14
**highest (2)**
    11:4;15:2
**Highway (1)**
    49:14
**Hold (2)**
    18:12;57:1
**Holmes (5)**
    32:18,19;53:19,20;
    75:18
**holster (8)**
    35:2,25;36:10;46:7,
    8,9;48:16;49:21
**honest (4)**
    36:24;38:12;51:20;
    53:15
**hood (1)**
    36:13
**hours (1)**
    25:24
**human (1)**
    51:6
**hurry (1)**
    40:16

## I

**ID (1)**
    43:11
**idea (7)**
    7:9;9:11,15;38:18;
    48:23;54:16;57:25
**identified (1)**
    73:17
**identify (3)**
    29:3;71:7;72:21

**identifying (1)**
    18:13
**illegal (14)**
    18:21;40:21;45:11,
    22;56:20;57:4,18;58:1;
    61:12;67:10,19;71:23;
    73:5;76:6
**imagine (1)**
    62:20
**immerse (1)**
    10:15
**immersion (1)**
    10:14
**impact (1)**
    76:4
**include (2)**
    58:24;59:17
**includes (1)**
    23:12
**including (2)**
    41:19,24
**independent (1)**
    4:7
**individually (5)**
    31:24;32:7;60:2;
    63:23,23
**in-field (1)**
    64:19
**influence (1)**
    55:16
**info (3)**
    37:18;61:3,17
**information (7)**
    6:15;23:13;28:2,25;
    29:7,21;61:7
**informed (2)**
    70:24;77:24
**initial (2)**
    54:8;72:25
**Initially (5)**
    38:24;39:6;40:13;
    72:10,11
**initiate (1)**
    31:22
**initiated (2)**
    33:20;57:16
**inservice (5)**
    19:15,19,20;21:8;
    41:7
**inside (1)**
    44:15
**insight (1)**
    15:21
**instance (6)**
    6:2;29:22;56:2;58:7;
    65:11;67:11
**instructed (1)**
    19:11
**instructor (1)**
    21:3
**insurance (2)**
    43:7,8
**integrate (1)**

15:22
**into (9)**
    9:11;12:25;15:22;
    18:5;63:25;67:2;68:21,
    23,24
**introduce (3)**
    7:5;30:14,16
**investigation (4)**
    61:11;63:12,17;76:4
**involved (2)**
    16:18;54:9
**issuance (1)**
    55:4
**issue (4)**
    18:10;30:24;42:23;
    54:11
**issued (1)**
    52:17
**issues (1)**
    20:20
**items (7)**
    40:11;46:3;49:24;
    50:2;74:10,14,17

## J

**jail (5)**
    48:6;51:25;52:5,13;
    55:6
**job (2)**
    41:6;71:25

## K

**K-9 (6)**
    32:15,23;41:19;
    53:18;75:18,20
**K-9's (1)**
    32:25
**Kelly (1)**
    14:15
**kind (24)**
    9:16;10:5;12:13;
    13:16;14:16,20;21:5;
    25:17;33:12,19,21;
    37:4,5;39:14,15,20,20;
    46:1,19;47:1;54:7,10;
    61:19;70:24
**kinds (1)**
    66:12
**knowledge (2)**
    40:20;64:18
**known (1)**
    52:13
**knows (1)**
    41:2

## L

**labeling (1)**
    46:1
**labels (1)**
    45:24

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

**lack (1)**
15:4
**lanes (2)**
24:9,12
**language (1)**
37:2
**laptop (4)**
27:19;43:15,16,16
**last (4)**
14:3;29:18;36:6;
65:4
**lasted (1)**
38:19
**lastly (1)**
76:18
**late (3)**
12:2;16:13;50:17
**late- (1)**
11:22
**late-filed (4)**
28:4,6;50:14,16
**later (2)**
18:5;40:3
**law (9)**
18:10;68:9,14;71:1,
8,18,25;72:1,4
**laws (1)**
68:3
**lawsuit (3)**
6:10;63:19;64:3
**LCR#268 (1)**
4:22
**leading (1)**
33:19
**learn (3)**
17:13;35:11;62:14
**learned (3)**
10:6;13:17;62:11
**least (1)**
65:15
**leave (10)**
39:13;47:16,18,22;
48:4,5,7;52:9;55:8,19
**left (2)**
14:12;51:15
**legal (8)**
18:20;45:11,12,22;
67:11,19;70:7;73:4
**less (2)**
20:10;68:13
**liable (1)**
6:15
**license (2)**
43:1,16
**Licensed (3)**
4:6;5:5;79:4
**light (2)**
33:20;68:12
**lights (1)**
31:23
**likely (1)**
54:22
**line (2)**

**lines (1)**
37:14
**listed (1)**
77:25
**litigation (1)**
4:21
**little (7)**
7:12,17;22:19;27:18;
34:18;37:12;39:18
**located (3)**
24:4;49:11;56:13
**locker (1)**
51:4
**lockers (1)**
51:2
**logically (1)**
76:15
**long (9)**
7:25;8:19;9:11;11:5,
8;27:16;38:18;56:15;
65:4
**look (6)**
37:13;41:10;46:22;
66:13;67:25;68:24
**looking (2)**
19:25;24:14
**loop (1)**
71:11
**lost (2)**
49:14;53:16
**lot (6)**
24:5,8,9,15;25:21;
42:8
**lowest (1)**
14:25
**Lynn (3)**
13:25;14:1,15

## M

**makes (2)**
33:18;42:5
**makeup (1)**
60:25
**manner (1)**
6:16
**manufacturing (1)**
31:12
**many (7)**
9:24;16:17,18;48:20;
57:25;65:13;70:18
**margin (2)**
31:7,12
**marijuana (48)**
18:9;17,21;19:7,12,
22;39:6;40:1,4,7,14,24;
41:2,3,8;42:23;57:4,11,
14;58:3,4,5;65:11,14,
20;66:8,9,13,16,19,22,
24;67:7,10,10,19;
71:10,22;72:6,11,18,
21;73:1,5,14;74:4;

**marijuana/cannabis (1)**
65:23
**mark (1)**
74:20
**marked (3)**
29:4;69:10;74:23
**mask (2)**
39:9;72:18
**masking (1)**
40:9
**matches (1)**
61:9
**material (2)**
9:19,20
**may (19)**
6:22;7:8;17:7;20:18;
21:4;25:14,22,23;30:2;
31:9;34:15,16;40:12;
48:22;51:20;66:8;
70:25;71:1;73:12
**maybe (12)**
15:22;22:24;24:12,
18;37:12;40:16;41:8;
47:13;57:19;60:18;
69:6;70:20
**may've (2)**
33:9;40:3
**McCallie (1)**
5:4
**McClard (2)**
14:1,5
**mean (17)**
8:13;12:24;22:9;
26:24;27:25;40:6;
42:11;45:24;47:17;
51:6;54:6;58:6,7;59:4,
12;60:23;76:11
**meaning (2)**
48:5;76:5
**means (2)**
64:22;76:7
**meant (1)**
6:13
**measure (2)**
20:21;21:19
**measured (2)**
21:12,16
**mental (1)**
55:15
**mention (2)**
6:16;41:12
**mentioned (8)**
18:5;34:8;35:16;
53:5;60:1;65:6;72:9;
73:25
**mentioning (1)**
36:5
**mentions (1)**
38:1
**met (2)**
63:12,20
**meter (4)**

**meth (3)**
44:15;49:21;59:23
**methamphetamine (1)**
44:5
**method (2)**
77:13,21
**methods (1)**
77:24
**might (2)**
4:16;77:25
**mind (3)**
40:3,5;44:22
**minimum (2)**
11:1,3
**minus (1)**
31:9
**minute (4)**
37:4,5;58:11;76:19
**minutes (2)**
34:8;58:12
**Miranda (1)**
41:15
**misdemeanor (2)**
44:2;52:17
**mistaken (2)**
20:15;34:7
**moment (6)**
25:9;34:20;44:22;
46:25
**moments (1)**
34:8
**months (3)**
13:14;16:4;65:5
**more (10)**
13:5,16;20:22;33:10;
54:4,9;57:1;58:16;
65:7,22
**morning (2)**
6:7,8
**Most (2)**
41:1;54:22
**Mostly (2)**
8:10;36:22
**motion (1)**
24:1
**motor (1)**
68:4
**motorist (1)**
30:4
**moving (1)**
38:25
**much (5)**
19:3;33:18;36:21;
38:4;59:15
**multiple (2)**
11:9;13:1
**myself (2)**
30:16;59:7

## N

**name (14)**

**meth (3)**
21:24;22:4,25;31:7
**meth (3)**
44:15;49:21;59:23
6:9;7:6;10:19;14:2;
21:20,23;29:18;32:17,
18,25;37:13;43:18;
53:18;64:8
**names (1)**
14:3
**Narcotics (4)**
10:10;18:6;66:6,10
**narrative (2)**
23:12;58:19
**nature (6)**
20:21;37:21;50:10;
51:12;61:1;63:17
**NCIC (1)**
61:17
**Neal (4)**
6:9;64:10;67:23;
72:9
**near (6)**
24:6,7,13,14;26:10,
12
**necessary (1)**
41:1
**need (5)**
11:25;13:14;23:18;
66:4;71:14
**negative (4)**
62:8,10,15,15
**Neither (1)**
75:2
**nervous (1)**
34:17
**new (2)**
23:5;27:20
**next (2)**
69:9;74:22
**night (5)**
23:9;25:25;31:2;
62:1;63:11
**nighttime (1)**
75:7,8
**Nikolas (2)**
6:9;37:25
**Nikolas' (1)**
35:22
**nods (1)**
6:23
**nor (1)**
79:8
**normal (1)**
30:3
**Notary (1)**
5:6
**notice (10)**
24:19;33:24;34:21,
25;35:1,4;37:7;38:22,
25;39:22
**noticed (3)**
39:5,12,16
**notified (2)**
19:14;31:25
**November (1)**
79:12

Case 1:23-cv-00299-MJD    Document 88-9    Filed 03/12/25    Page 26 of 31    PageID
#: 784

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

**number (11)**
16:11;29:19,19;42:4;
43:18;50:16;56:17;
61:1,17,22;62:21

## O

**Object (5)**
19:10;47:6;49:1,2;
76:9
**Objection (4)**
17:16;40:25;76:9;
78:2
**observe (5)**
23:10;44:9,12;68:21;
75:22
**observed (2)**
69:13;75:21
**obtain (2)**
29:16,18
**obtained (1)**
37:18
**obviously (6)**
26:25;28:21;30:9;
38:11;55:5;68:17
**occur (1)**
21:8
**occurred (2)**
34:5;75:10
**occurrence (1)**
56:22
**occurs (1)**
21:9
**October (1)**
5:2
**odor (8)**
39:6,22;40:24;56:19;
57:4;58:1,9;76:12
**off (6)**
21:20;26:3;35:22;
54:14,15;61:22
**offense (1)**
48:2
**OFFICER (46)**
5:1;6:1;7:6;12:16;
13:11,12,14,20,25;
15:17,18;16:17;31:17,
19,19;32:4,10,15,17,
23;34:3;35:19;36:19,
23;42:7;47:9,20;50:8;
51:19;53:17,18;56:19;
57:3,16;58:16;59:4;
64:2,8;65:2,4,8;66:10;
67:3;71:4;72:25;75:6
**officers (17)**
31:14;33:11,13;
41:18;42:5;45:20;47:3,
13;54:20;56:3,6;62:13;
63:6,12;64:1;72:24;
73:16
**offices (1)**
5:3
**often (3)**

22:18,21;70:21
**om (1)**
75:11
**once (10)**
11:10;12:15;22:24;
47:16,18;51:14;56:14;
61:5;62:5;65:15
**one (17)**
11:19;13:22;31:7,9;
32:14;35:21;37:4,5;
38:3;39:10;42:6,8;
46:12;57:1;58:16;
63:22;64:24
**ones (1)**
27:20
**Only (5)**
25:3;47:13;59:6;
64:18;66:21
**on-the-job (1)**
13:17
**open (1)**
39:14
**opened (1)**
56:8
**opportunities (1)**
10:14
**opportunity (3)**
60:5,8;66:11
**opposed (1)**
13:17
**order (1)**
31:4
**originally (2)**
39:25;40:6
**others (4)**
14:18;23:1;54:8;
55:24
**otherwise (1)**
52:13
**out (25)**
12:20;13:10;18:22;
20:24;26:2;29:25;32:5;
33:11,25;34:1,9,11,17,
24;35:5;39:12,13,17;
60:24;61:11;63:19;
67:17;73:4;75:12,18
**outcome (1)**
79:9
**over (16)**
7:1;18:16;21:2;36:6;
50:21;51:1;57:3,6,11,
13;61:17;67:1,25;
68:15;69:16;71:3
**own (4)**
16:5;60:24;65:25;
77:12

## P

**packaged (3)**
46:3;50:2;73:22
**page (2)**
58:19;76:24

**pages (4)**
23:11,14;28:12;79:6
**pain (1)**
6:21
**parked (8)**
24:1,3,13,14;25:7,11,
14;26:1
**parking (3)**
24:5,8,9
**part (7)**
12:23;13:3;27:14;
29:9;41:22;71:25;
73:11
**partaken (1)**
55:12
**participate (3)**
15:7;27:14;37:23
**particular (23)**
6:10;17:3,5,9;21:11;
22:12,25;25:6;33:12,
16;42:9,10,12;47:9;
50:12;53:4;56:2,25;
57:23;59:5;60:11,13;
63:7
**parties (2)**
4:19;79:8
**party (2)**
4:14,20
**pass (4)**
11:5,8,8;64:5
**passenger (2)**
37:8,16
**pat (1)**
17:20
**patrol (6)**
12:19,20;13:7;16:9,
14;57:16
**patrolling (1)**
71:4
**people (12)**
9:22;15:10;25:21;
38:12;39:13;57:3,6,11,
13;58:1,8;75:13
**perceived (1)**
57:17
**percent (7)**
20:9,11,12;31:10;
68:13;70:4,6
**percentage (1)**
22:19
**perform (2)**
63:2;67:17
**performed (1)**
55:25
**perhaps (1)**
70:12
**period (1)**
14:17
**permit (4)**
36:3,5,7;53:22
**person (12)**
16:25;17:14,20,20;
30:17;33:17,18;35:22;

41:2;42:14,16;73:11
**person's (1)**
29:17
**phase (1)**
65:14
**physical (1)**
11:7
**pieces (1)**
47:10
**pink (1)**
53:2
**PINKSTON (23)**
6:6,9;7:3,4;11:21,25;
12:4;28:8,9;29:2,5;
50:14,19;58:11,13,15;
64:5;71:16;72:9;73:7;
75:3,5;78:4
**place (1)**
49:4
**placed (4)**
36:10,12,15;46:11
**Plaintiff (3)**
5:2;6:2,10
**plastic (2)**
44:15;46:2
**play (1)**
20:24
**please (2)**
7:1,5
**plus (1)**
31:9
**PO (3)**
70:13,14,16
**point (10)**
31:2,14;32:14;33:9;
34:24;36:4;37:7,25;
65:1;68:25
**pointers (1)**
15:21
**pointing (1)**
27:1
**points (1)**
72:8
**police (11)**
9:4,6;10:15;12:3;
15:17;25:18,21;39:18,
19;67:3;68:25
**policies (3)**
19:6;23:6;74:12
**policy (1)**
19:18
**popular (3)**
18:23;19:1,5
**populated (1)**
43:20
**POSS (1)**
53:6
**possess (1)**
21:24
**possessing (1)**
40:20
**possession (8)**
48:1,8;49:3;52:19;

41:2;42:14,16;73:11
**possible (1)**
74:3
**possibly (1)**
60:20
**POST (1)**
11:12
**POST-certified (1)**
12:16
**potential (1)**
73:20
**powder (3)**
46:19;49:22;73:25
**practices (1)**
74:16
**precinct (1)**
16:20
**presence (2)**
25:22;54:2
**present (9)**
23:4;31:20;33:13;
41:19;53:20;55:24;
56:3;60:5;63:5
**presented (2)**
36:3;43:22
**preserved (2)**
26:20,23
**pretty (13)**
11:18,20;19:3;24:24;
26:15;31:2;32:5;33:18;
38:4;48:21;59:15;
65:16;70:21
**prior (5)**
38:8;53:13;64:10;
68:8;72:5
**probable (3)**
17:23,25;74:3
**probably (5)**
21:2;31:3;32:5;
54:18,22
**probationary (2)**
65:2,4
**Procedure (5)**
5:8;20:20;30:3;47:8;
77:21
**procedures (1)**
77:13
**process (4)**
15:20;27:18;30:3;
73:11
**processes (2)**
50:23;51:5
**program (2)**
10:14;28:1
**prohibited (1)**
4:12
**promoted (1)**
16:1
**proof (1)**
48:24
**property (31)**
26:3;46:23,24;47:3;
48:8,10,21,23,24;49:3,

Case 1:23-cv-00299-MJD    Document 88-9    Filed 03/12/25    Page 27 of 31    PageID
#: 785

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

5,9,11,16;50:8,15,17;
51:7,22;56:4,4;58:22;
59:5;60:6,15,16,24;
61:9;66:11,15,23
**provide (3)**
4:9,14;69:5
**provided (1)**
21:25
**provisions (1)**
5:8
**pry (1)**
6:13
**Public (1)**
5:6
**puff (1)**
40:17
**pull (9)**
29:25;34:1,11;57:3,
6,11,13;67:1;69:16
**pulled (5)**
18:16;33:25;54:14;
68:15;71:3
**pumper (1)**
24:18
**purpose (1)**
61:6
**purposes (1)**
58:18
**purse (3)**
44:5,11,13
**Pursuant (3)**
4:3;5:7;70:9
**put (3)**
29:19;44:20;45:6

**Q**

**quality (1)**
22:3
**quantity (1)**
48:22
**quick (1)**
67:25
**quickly (1)**
75:6

**R**

**radar (1)**
22:9
**radio (4)**
32:3,3,6;33:7
**raised (1)**
39:10
**raises (1)**
38:23
**ran (2)**
31:4;38:5
**range (1)**
10:11
**rare (1)**
58:2
**rates (1)**

4:19
**reach (1)**
11:4
**read (9)**
23:11,15,18;41:15;
61:22;68:11;76:25;
77:4,8
**reader (4)**
21:21,22;69:20,22
**readily (1)**
39:19
**ready (1)**
10:25
**real (1)**
67:25
**really (2)**
46:16;57:19
**reason (6)**
25:6;35:4;54:1;55:5;
63:4,6
**reasonable (5)**
17:23,25;69:5,25;
77:21
**reasonably (1)**
71:7
**recalibrate (3)**
22:7,13,14
**recall (10)**
36:2;44:7;46:17;
48:20;50:20;56:10,12;
59:21;66:6;73:19
**Recess (1)**
58:14
**recognize (4)**
28:10,15,21;68:1
**recognizing (1)**
20:20
**recollection (1)**
51:21
**record (1)**
74:24
**recording (1)**
6:24
**recovered (1)**
35:21
**redundant (1)**
59:8
**RE-EXAMINATION (1)**
75:4
**referral (1)**
4:16
**referred (1)**
49:22
**referring (9)**
17:6;29:11;44:21;
45:6;52:2;53:8;57:7;
58:18;77:1
**refers (1)**
62:16
**reflect (4)**
41:17;44:14;48:22;
56:9
**reflects (1)**

60:6
**regarding (4)**
68:3;71:8,20;73:7
**registration (1)**
43:5
**Regulations (1)**
4:3
**related (2)**
46:20;48:15
**relates (3)**
16:24,25;68:4
**relevant (1)**
50:16
**reluctant (1)**
39:20
**relying (1)**
68:20
**remember (30)**
6:21;8:23;9:25;10:4,
7,13,18,19;12:7;13:24;
16:7,11;21:14;32:9,25;
33:8;35:19;37:3;41:16;
44:13,14;46:12,20;
48:13;51:2;53:6;54:14,
19;56:14;62:2
**remind (1)**
64:22
**remove (1)**
35:25
**removed (1)**
38:1
**repeat (3)**
44:24;52:11;57:1
**Report (3)**
28:16;29:3;45:6
**Reporter (9)**
4:6,15;5:6;6:22;7:1;
11:24;28:6;74:20;79:4
**REPORTER'S (1)**
79:1
**Reporting (10)**
4:4,7,9,10,10,13,14,
15,18;79:10
**reports (1)**
15:12
**represent (3)**
6:9;64:9;70:3
**request (1)**
60:20
**required (1)**
11:1
**requirements (1)**
11:1
**resale (1)**
48:1
**response (1)**
43:21
**responsibility (6)**
47:23;48:9,11;50:5,
6,7
**responsible (1)**
29:6
**results (1)**

31:8
**review (1)**
56:16
**Reviewing (2)**
44:24;77:7
**ride (1)**
13:20
**riding (2)**
16:4;65:7
**right (67)**
7:9;8:25;9:1,8;
10:25;12:15;13:10;
14:7;15:20;16:13,21;
18:19;21:11,16;22:2;
24:4,9,14;26:1;28:18;
29:15;32:14;33:2;34:7,
17;35:17;36:2,6,13,21;
37:7,10;38:21;39:1;
40:8,8,23;41:12,15;
42:22;45:5;46:24;48:4,
10;50:2,9;51:5,17,21;
52:6;53:4;54:11,16,23;
55:14,18;57:22;60:1,
15,21;61:10;62:23;
63:20;64:12;68:21;
69:20;76:4
**rights (1)**
41:15
**roll (2)**
40:6;41:7
**rolling (1)**
39:5
**room (4)**
49:9,11;66:15,23
**rotation (1)**
14:16
**roughly (2)**
13:3;16:13
**Rules (2)**
4:3;5:8
**run (4)**
42:25;43:13;61:16;
62:20
**Ryan (2)**
13:25;14:15

**S**

**safety (7)**
17:21,22;36:19,20;
77:3,15,20
**same (4)**
27:10;30:19;32:11;
33:3
**saw (3)**
24:3;25:3;76:19
**saying (2)**
50:22;57:13
**scene (4)**
31:24;33:16;54:13;
55:19
**school (3)**
7:11,13,14

**science (2)**
8:3,4
**scientific (1)**
40:10
**seamlessly (1)**
12:13
**search (16)**
16:23,24;17:9,10,14,
24;37:20,23;42:2,3,6,
13,19,22,25;44:4
**searched (3)**
41:22;42:1;44:11,13
**second (8)**
14:1;17:5,8;44:3;
57:9,10;58:5;62:10
**secretary (1)**
33:21
**section (1)**
29:15
**sections (1)**
49:25
**sector (3)**
12:23,24;13:1,2
**sectors (2)**
12:22,25
**secured (2)**
45:18;51:3
**security (1)**
29:19
**seeing (2)**
39:11;54:15
**seek (3)**
42:6,6,13
**seem (2)**
54:8;70:4
**seemed (2)**
39:17;69:14
**seems (2)**
22:22;40:3
**seize (3)**
47:4;53:23;74:2
**seized (3)**
47:10,11;73:19
**seizing (1)**
73:8
**seizure (6)**
16:24,25;17:14;74:9,
13,17
**senior (3)**
13:11;15:17;65:8
**separate (1)**
36:18
**separately (2)**
50:3,4
**Serial (3)**
61:1,17,22
**Serret (11)**
31:17;32:9;34:3;
35:9,17,20;36:22,23;
53:17;62:3;64:2
**server (1)**
27:4
**services (2)**

**Min-U-Script®**

Case 1:23-cv-00299-MJD          Document 88-9          Filed 03/12/25          Page 28 of 31          PageID
#: 786

**Wilson Reporting Agency (423) 267-6000**
**www.wilsonreporting.com**

(7) provide - services

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

4:10,14
**set (2)**
9:18;13:10
**several (3)**
13:22,23;47:10
**shakes (1)**
6:23
**shall (2)**
77:3,20
**sheet (9)**
29:12;46:23,24;
48:21;49:25;50:15,18;
53:2;60:15
**Sheila (3)**
4:22;5:5;79:4
**sheriff (1)**
14:10
**Shipley (40)**
6:10;17:10;23:10;
24:16;25:3;26:2;30:20;
31:23;33:24;34:1;
35:23;36:2,22,24;38:4,
22,25;39:14,20;41:13;
42:12;45:14;46:11;
52:9,16,23;54:5,10;
55:25;60:13;67:1;68:8,
15;69:16;71:3;72:10;
74:6,9,13,17
**Shipley's (7)**
21:12;24:6;29:22;
37:1;58:7;62:23;69:23
**shop (1)**
38:6
**Short (1)**
53:7
**showed (2)**
32:9,11
**side (8)**
21:15;24:12,15;26:1;
30:7,8;35:11;39:1
**sign (3)**
50:9;51:11;54:24
**Signature (3)**
5:9;28:22;78:5
**signed (3)**
50:20;60:15,17
**significant (1)**
66:23
**Silverdale (1)**
52:14
**similar (1)**
66:8
**simple (2)**
71:15,20
**sit (6)**
25:23;27:20,23;
34:18;65:18;72:20
**situation (7)**
17:18;25:14,18;33:3,
12;42:9,10
**situations (1)**
18:16
**six (1)**

70:6
**smell (32)**
18:17;39:9;41:10;
57:7,11,12,14,18,20;
58:1,2,4,5,9;65:11,14,
19;66:8,8,12,15,22,24;
67:6,9,11;72:11,15,18,
21;73:16;76:12
**smelled (7)**
39:7,8;40:1,14;41:3;
42:23;73:1
**smelling (3)**
19:25;40:11;72:5
**smells (2)**
41:2;66:19
**sobriety (2)**
55:22,25
**social (1)**
29:19
**software (3)**
28:19,20;29:20
**sole (1)**
47:22
**solo (4)**
16:16,17;56:18;
57:16
**somebody (7)**
18:16;20:23;21:3;
34:16;36:18;44:4;
75:11
**somebody's (1)**
39:9
**someone (2)**
9:15;33:15
**sometimes (9)**
24:12;25:22,23,23;
34:15;38:11,11;40:11,
12
**somewhere (2)**
14:10;27:5
**Sorry (9)**
11:5;28:8;52:11;
57:15;64:24;66:4;
70:16;77:4,5
**sort (1)**
9:18
**sound (1)**
20:18
**sounded (1)**
72:13
**sounds (2)**
54:7;57:13
**speak (4)**
35:15;39:19;59:7;
63:23
**speaking (1)**
36:17
**specialized (1)**
20:2
**specific (3)**
20:22;23:16;24:7
**Specifically (10)**
25:25;33:3,5,6;

35:15;41:3;53:14;
56:15;61:25;66:10
**specify (1)**
18:14
**spin (1)**
21:5
**spoke (2)**
36:24;54:10
**sprayed (1)**
40:16
**standard (4)**
24:8,8;28:5;47:8
**standardized (2)**
77:13,20
**standards (2)**
22:3;77:16
**standing (1)**
24:13
**start (5)**
16:16;29:13;30:15;
31:22;60:21
**started (2)**
12:20;29:23
**State (5)**
7:20;65:18;71:23;
72:17;79:2
**stated (2)**
46:15;59:15
**station (3)**
24:5,9;27:23
**status (2)**
62:5,7
**statute (3)**
68:3;76:19;77:14
**steps (1)**
55:1
**stick (1)**
16:20
**still (6)**
14:6;22:15;25:4;
26:15;71:22;72:1
**stolen (6)**
61:12,18;62:9,10,15,
18
**stop (27)**
26:10;30:4;31:23;
32:2;33:18,21;36:4;
38:19;42:5,8;46:4;
47:4;48:7;52:10,12;
54:8;57:8,21;59:5;
60:4,12;62:24;74:9,13,
17;75:6,10
**stopped (5)**
29:23;30:18,22;
57:22;58:1
**stopping (1)**
68:8
**stops (6)**
15:8;16:18;17:14;
38:12;56:19;57:17
**store (1)**
19:3
**story (1)**

39:24
**straight (2)**
12:10;39:17
**street (5)**
21:4,6;23:23,25;
26:11
**strips (1)**
22:16
**strong (1)**
39:6
**study (1)**
8:2
**stuff (2)**
18:2;48:16
**stupid (1)**
20:18
**subject (1)**
10:5
**subjects (2)**
10:5,18
**subsection (4)**
68:11;76:24;77:19;
78:1
**substance (7)**
45:22;56:20;57:4,18;
67:10;72:14;76:6
**substantial (1)**
67:5
**supposed (1)**
22:23
**Sure (34)**
10:8,17;11:18,20;
17:21;18:15,15;22:10,
15,18,22;25:1;31:3;
32:5;39:1,4,15;40:10;
41:16;44:14;46:5;
48:21;51:1;53:25;
55:12;56:8,8,9,15;
58:13,24;61:8;63:9
**suspected (1)**
59:23
**suspicion (7)**
17:23,25;38:23;
39:10;69:5;70:1;72:25
**suspicious (1)**
71:7
**swore (1)**
52:3
**sworn (2)**
6:3;51:18

**T**

**talk (12)**
6:18;7:1;16:25;28:4;
58:4;63:6;64:2,21;
65:3;67:21;68:17,23
**talkative (1)**
39:18
**talked (7)**
6:11;37:25;38:4;
69:12;71:10;72:3;73:3
**talking (9)**

9:15;29:14;37:2;
38:21;49:21;54:9;
60:22;66:2;77:11
**taught (3)**
10:6;41:7;66:18
**TBI (2)**
19:12;60:20
**TCA (5)**
4:12;21:2;24:21;
67:23;69:8;71:11
**teach (3)**
16:23;17:1,3
**team (1)**
14:6
**telling (1)**
38:15
**Tennessee (11)**
4:3,6;5:5;7:20;20:6;
29:17;36:7;71:23;79:2,
5,10
**term (3)**
11:6;55:22;62:8
**terms (4)**
5:7;11:6;15:4;64:18
**test (13)**
11:7;7:22:16,16,22;
31:1,8;43:16;45:9;
55:25;67:17;68:18;
69:22
**tested (2)**
9:20;23:1
**testified (1)**
6:4
**testing (1)**
22:20
**tests (2)**
55:22;77:25
**textbook (1)**
64:18
**That'd (1)**
78:4
**that'll (1)**
11:23
**Thomas (5)**
31:19;32:10;35:19;
53:17;64:2
**though (1)**
52:24
**thought (8)**
39:6;40:1,7,9;42:22;
57:17;73:11;75:24
**three (4)**
11:10;12:25;33:13;
75:3
**throughout (5)**
10:23;19:16;21:9;
31:2;32:3
**ticket (1)**
43:25
**Tidwell (4)**
5:4;17:17;63:24;
74:24
**Tiffany (1)**

Case 1:23-cv-00299-MJD    Document 88-9    Filed 03/12/25    Page 29 of 31    PageID #: 787

NIKOLAS SHIPLEY vs.
CHATTANOOGA POLICE DEPT, ET AL

OFFICER DARNELL BRYANT
October 24, 2024

37:15
**times (9)**
11:9,10;23:17;25:21;
42:8;57:19,25;65:13;
70:18
**tint (24)**
20:6,20,21;21:17,21,
22,24;22:4;23:7;25:15;
26:6;30:24;31:1,4,6;
34:22;39:2;42:23;
43:25;54:17;69:14,20,
22;70:1
**tinted (7)**
21:2;22:17;25:8;
68:4;70:12,22;76:19
**tinting (1)**
67:21
**tints (2)**
69:6;71:8
**titles (1)**
49:16
**today (6)**
6:11;23:4;31:20;
60:11;65:18;72:20
**together (2)**
50:3;64:17
**told (7)**
19:12,13;26:22;
35:12,13,17;38:10
**tone (1)**
37:2
**took (1)**
39:14
**top (3)**
28:24;29:9;53:2
**total (1)**
23:12
**touch (1)**
41:10
**towards (1)**
13:5
**traffic (20)**
15:7;16:18;25:15;
30:4;32:2;33:18;36:4;
38:12,18;42:7;47:4;
48:7;52:10,12;57:8,17;
60:4,12;75:6,10
**train (2)**
19:21;64:17
**trained (7)**
18:13;25:16,16;
40:23;76:11,13,15
**training (24)**
9:16;10:10,12,20;
13:12,14,15,17,25;
14:21;18:6,19;20:2,5,
19,22;41:1;47:2;64:12,
15,24;66:14;67:13;
77:12
**transcript (1)**
79:6
**transitioned (1)**
51:2

**transmittance (1)**
68:12
**transport (1)**
52:12
**transported (1)**
58:21
**treat (1)**
19:11
**tried (1)**
40:16
**triplicate (1)**
52:24
**trouble (1)**
77:17
**true (1)**
79:6
**trunk (2)**
41:24;56:7
**try (4)**
6:17;30:7;36:17,18
**trying (7)**
6:14,21;10:13,18;
39:9;59:8;72:14
**TSU (3)**
7:21,25;8:7
**tuning (1)**
22:6
**turn (5)**
51:1,9;53:12,12;
59:13
**turned (6)**
51:3,3,21;56:3;59:5;
60:6
**turning (1)**
50:8
**Twenty-two (3)**
9:13,14;10:2
**two (11)**
19:22;23:11,14;
24:24;31:22;50:23;
51:5;53:13;67:15;75:3,
13
**type (7)**
20:19;21:16,19;38:5;
43:18;48:2;61:1
**typically (9)**
14:3;17:19;27:22;
30:16;32:2;43:9;47:19;
53:11;65:5

**U**

**under (2)**
4:11;55:16
**unfortunately (1)**
27:16
**Uniform (2)**
28:15;30:10
**unique (1)**
25:18
**University (1)**
7:20
**Unlawful (2)**

52:19;53:5
**unless (1)**
13:14
**up (16)**
6:18;9:18;12:25;
17:5;23:4;32:9,11;
37:4;39:24;40:13,16;
57:10;58:9,10;60:4;
71:11
**update (1)**
19:6
**updated (2)**
19:6,17
**updates (1)**
19:16
**upload (4)**
27:4,19,22,24
**uploads (1)**
27:13
**use (8)**
21:19;22:8,13;23:1;
31:7;32:2;47:9;62:8
**used (1)**
71:6
**usual (1)**
4:18
**Usually (14)**
17:20;19:15;24:9;
30:7;33:17;36:17,18;
39:8,12,18;42:7;45:25;
58:2,8
**UTC (1)**
13:5
**utilize (1)**
30:3
**utilized (1)**
30:19

**V**

**valid (3)**
23:2;43:3,18
**vantage (1)**
68:25
**vape (3)**
40:17,18,20
**various (1)**
8:10
**VARNELL (3)**
49:1;58:12;75:2
**vehicle (64)**
10:10;17:11,14,15,
20,24;23:24;24:1,6,19,
22;25:2,3,14;26:1,2;
29:25;33:10,25;34:1,9,
12,24;36:12;37:8,23;
38:23;39:1,12,13;
41:13,22,23;42:1,14,
19;43:5,7,44:4;45:7;
46:11,12,18;48:12;
49:7,9;54:13;57:20,21;
58:9;68:4,21,24,24;
69:13,23;72:22;73:23;

74:2,4;75:11,14,22,23
**vehicles (4)**
16:24;17:22;25:22;
32:12
**verbal (1)**
6:23
**verified (1)**
43:23
**verify (1)**
38:15
**versus (2)**
18:9;41:8
**via (3)**
19:18,25;41:10
**video (4)**
31:3;41:16;56:9,16
**violated (3)**
74:9,12,16
**violation (3)**
20:6;25:15,16
**violations (1)**
23:7
**visibility (1)**
75:9
**visible (2)**
68:12,23
**visuals (1)**
66:12
**Volkswagen (1)**
8:15

**W**

**wait (1)**
25:16
**waived (1)**
78:5
**walked (1)**
40:13
**warrant (7)**
23:13;42:2,3,6,13;
52:4,6
**watch (1)**
31:3
**way (2)**
16:2;62:24
**weapon (2)**
17:10;55:11
**weapons (1)**
17:21
**wearing (3)**
26:18;27:1;30:10
**website (1)**
21:23
**weekly (2)**
9:20;10:12
**weeks (7)**
9:13,14,17;10:6,22,
23;53:13
**weight (1)**
48:22
**what's (6)**
7:7;12:16;16:2;

33:19;44:5;61:5
**whenever (4)**
23:5;25:21;36:17;
48:7
**Whichever (1)**
50:8
**whiff (3)**
40:11,12,14
**white (2)**
44:15;46:2
**who's (2)**
20:23;31:20;33:15;
65:7
**whose (1)**
50:5
**whosever (1)**
48:8
**whosever's (1)**
47:19
**Wilson (8)**
4:7,9,10,13,18,22;
5:5;79:4
**window (28)**
20:6,10,20,21;21:14,
15;23:7;25:15;26:5;
30:8,24;31:5,6;34:22;
39:5;40:6;42:23;43:25;
54:17;67:21;68:18;
69:6,14,20,22;70:1;
71:8;76:19
**windows (11)**
20:9,12;21:2,12;
24:20;25:8;58:8,10;
68:4;70:12,21
**windshield (1)**
20:16
**without (2)**
42:2,3
**witness (3)**
5:9;6:2;64:5
**word (1)**
72:17
**work (9)**
8:8,19;9:4;12:23;
13:2;25:17;31:25;
43:19;64:17
**write (2)**
15:12;43:25
**wrong (2)**
6:16;39:25
**wrote (1)**
44:1

**Y**

**YANEZ (16)**
17:16;19:10;40:25;
47:6;49:2;64:7,8;
67:23;69:8,11;71:14,
17;74:19,21;76:9;78:2
**year (4)**
7:15;8:6;12:8;19:16
**years (11)**

Case 1:23-cv-00299-MJD    Document 88-9    Filed 03/12/25    Page 30 of 31    PageID
#: 788

8:1,2,21,21,22;
24:24;36:6;50:23;67:2;
71:4,6
**yellow (1)**
53:2
**yesterday (1)**
23:4

**Z**

**Zack (1)**
64:8

**1**

**1 (2)**
14:24,25
**1/17/2027 (1)**
79:21
**10 (1)**
70:20
**10:09 (1)**
58:14
**10:17 (1)**
58:14
**10:39 (1)**
78:6
**11:52 (1)**
23:21
**13th (1)**
79:12
**17 (4)**
11:23;12:2;28:4,6
**18 (8)**
13:8;23:20;29:3,4;
44:18;52:3;58:19;63:9
**1810 (1)**
5:4
**19 (2)**
50:16,17
**1989 (1)**
7:8

**2**

**2 (2)**
58:19;76:24
**20 (2)**
69:10;76:19
**2008 (3)**
7:16,17;9:1
**2012 (1)**
8:24
**2017 (2)**
8:24;9:3
**2018 (3)**
12:9,17;16:13
**2022 (3)**
16:14;23:20;63:9
**2024 (2)**
5:2;79:12
**21 (2)**
10:1;74:23

**22 (6)**
9:17,25;10:1,6,22,23
**24 (1)**
7:8
**24-9-136 (1)**
4:12
**24th (1)**
5:2
**29 (1)**
70:3

**3**

**35 (3)**
20:9,12;68:13
**3535 (1)**
26:10
**39-17-418 (2)**
71:11,14
**395 (1)**
30:12

**5**

**55-9-107 (5)**
67:24;68:6;69:8,12;
70:9

**6**

**6 (2)**
14:24;15:2
**6/30/2026 (1)**
79:20

**7**

**70 (2)**
20:10,15
**75 (2)**
8:17;20:14
**78 (1)**
79:6

**8**

**8 (2)**
13:2,3

**9**

**9 (1)**
8:17
**9:04 (2)**
5:3;6:3

Case 1:23-cv-00299-MJD   Document 88-9   Filed 03/12/25   Page 31 of 31   PageID #: 789