UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| NIKOLAS SHIPLEY ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 1:23-cv-299 |
| v. ) | |
| ) | |
| CITY OF CHATTANOOGA, et al. ) | |
| ) | |
| Defendants ) | |
| ) | |

## MEDIATOR'S REPORT TO THE COURT

COMES Ronald D. Wells, Attorney, pursuant to Local Rule 16.4(m), having been selected as a mediator in this case, and submits the following report:

1. Did all parties, party representatives and/or claims professionals meet the attendance authority to negotiate requirements of L.R. 16.4(I)?

    __X__ YES  _____ NO

2. Did the case settle?

    _____ YES  __X__ NO

3. Is mediation to be conducted at a later date?

    _____ YES  __X__ NO

4. Was mediation terminated without settlement?

    __X__ YES  _____ NO

Page 1 of 3

For further report, the mediator would show that the Plaintiff, his attorneys, attorneys for the Defendants and claims professionals for the Defendants did meet for a mediation session on March 18, 2025, whereupon all the parties present did participate in good faith; that, despite those discussions and effort, the case did not settle at the mediation and the mediation was adjourned; and, that, as mediator, I believe there is a reasonable likelihood for settlement in the future.

Respectfully submitted,

ROBINSON, SMITH & WELLS, PLLC

By:     s/Ronald D. Wells
         Ronald D. Wells, BPR# 011185
         Suite 700, Republic Centre
         633 Chestnut Street
         Chattanooga, TN   37450
         Telephone:    (423) 756-5051
         Facsimile:     (423) 266-0474
         rwells@rswlaw.com
         *As Mediator*

Date:   March 19, 2025

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 19th day of March, 2025.

Robinson, Smith & Wells, PLLC

By: *s /Ronald D. Wells*

cc: M. Neal Pinkston, Attorney
Pinkston Law, PLLC
1216 E. Main Street, Suite 206
Chattanooga, TN 37408
mnealpinkston@gmail.com

Matthew D. Tidwell, Attorney
W. Gerald Tidwell, Jr., Attorney
Tidwell & Associates
1810 McCallie Avenue
Chattanooga, TN 37403
mdt@tidwellandassociates.com
wgt@tidwellandassociates.com

E. Logan Davis, Attorney
Davis & Hoss, P.C.
850 Fort Wood Street
Chattanooga, TN 37403
logan@davis-hoss.com

Phillip A. Noblett, City Attorney
Kathryn C. McDonald, Asst. City Attorney
Chattanooga City Attorneys Office
100 E. 11th Street, Suite 200
Chattanooga, TN 37402
pnoblett@chattanooga.gov
kmcdonald@chattanooga.gov

kac/031925/RDW/shipleychattanooga.mediator's report